**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Resolutions of the Sole Director of UTU Corp.**
**Authorizing Chapter 11 Filing and Appointing Authorized Representative**

The undersigned, being the sole director of UTU Corp., a Pennsylvania corporation (the "Company"), adopts the following resolutions by written consent, effective October 19, 2026:

**WHEREAS**, the director has reviewed the Company's financial condition, its obligations to the U.S. Small Business Administration and its other creditors, and the alternatives available to it, and has consulted with counsel; and

**WHEREAS**, the director has determined that it is in the best interests of the Company, its creditors, and other parties in interest for the Company to seek relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Case"), and to elect to proceed under subchapter V;

**BE IT FURTHER RESOLVED**, that Joseph K. Oh is appointed the Authorized Representative of the Company for the Case. As Authorized Representative, he is authorized and directed, in the Company's name and on its behalf, to:

a. sign, verify, and file the petition, schedules, statements of financial affairs, lists, declarations, motions, applications, monthly operating reports, and all other documents in the Case;

b. appear and testify for the Company at the meeting of creditors under 11 U.S.C. § 341, the initial debtor interview, status conferences, and hearings;

c. operate the Company's business as debtor in possession, including maintaining and designating its bank accounts as debtor-in-possession accounts;

d. negotiate and agree to the use of cash collateral, adequate protection, and a plan of reorganization, subject to approval of the Bankruptcy Court;

e. retain professionals for the Company, subject to approval of the Bankruptcy Court; and

f. take all other actions he considers necessary or appropriate to carry out these resolutions;

**BE IT FURTHER RESOLVED**, that the appointment of the Authorized Representative continues until the Case is closed or dismissed, or until revoked by the director in writing;

**BE IT FURTHER RESOLVED**, that the Company is authorized to retain the Law Office of Mike Assad P.C. as its bankruptcy counsel, subject to court approval; and

**BE IT FURTHER RESOLVED**, that all actions previously taken by any officer of the Company in connection with the matters in these resolutions, including the preparation of the petition and related papers, are ratified, confirmed, and approved.

**I CERTIFY** that I am the sole director and the President of UTU Corp., that the foregoing resolutions were adopted as stated above, and that they have not been modified or rescinded and remain in full force and effect.

Dated: October 19, 2026

/s/ Joseph K. Oh
Joseph K. Oh