**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Disclosure of Compensation of Attorney for Debtor**

Michael I. Assad, of the Law Office of Mike Assad P.C. (the "Firm"), proposed attorney for Debtor UTU Corp., makes the following disclosure under 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b).

## I. Compensation

1. I am the attorney for the Debtor. The compensation paid to the Firm within one year before the petition date, or agreed to be paid to it, for services rendered or to be rendered on the Debtor's behalf in contemplation of or in connection with this case is as follows.

2. On August 26, 2026, the Firm received a retainer of $15,000.00. The retainer was paid by Joseph K. Oh, the Debtor's principal, on the Debtor's behalf.

3. The Firm bills against the retainer at $495 per hour for attorney time and $245 per hour for paralegal time, plus actual and necessary expenses.

4. Before the petition was filed, the Firm applied $12,291.00 of the retainer to prepetition services and $1,750.00 to expenses, consisting of the $1,738.00 chapter 11 filing fee

and a $12.00 UCC search fee. The balance of $959.00 remained in the Firm's trust account on the petition date.

5. The Debtor has agreed to pay all fees and expenses exceeding the retainer. All postpetition compensation will be paid by the Debtor, and only as allowed by the Court under 11 U.S.C. §§ 330 and 331.

## II. Fee Sharing

6. The Firm has not agreed to share any compensation in this case with any person other than its members and associates.

## III. Scope of Services

7. In return for the compensation disclosed above, the Firm has agreed to represent the Debtor in all aspects of this case, including (a) analyzing the Debtor's financial situation and advising it on whether to file a petition; (b) preparing and filing the petition, schedules, statement of financial affairs, and plan; (c) representing the Debtor at the meeting of creditors and the confirmation hearing, and any adjourned hearings; and (d) representing the Debtor in adversary proceedings and other contested matters.

## IV. Certification

8. I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this case.

Date: October 19, 2026

LAW OFFICE OF MIKE ASSAD, P.C.
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad