**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Notice to Creditor Claiming an Interest in Cash Collateral**
**Directed to U.S. Small Business Administration**

Under L.B.R. 1007-1(a), Debtor UTU Corp. notifies the U.S. Small Business Administration, as a creditor claiming an interest in the Debtor’s cash collateral, that on October 19, 2026, the Debtor filed a voluntary petition under subchapter V of chapter 11 of the Bankruptcy Code, as captioned above.

Date: October 19, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad