| | |
|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of Pennsylvania** | |
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br><br>Judge: Ashely M. Chan |

**Corporate Ownership Statement**

Under Fed. R. Bankr. P. 1007(a)(1) and 7007.1, and to enable the judges to evaluate possible disqualification or recusal, the undersigned counsel for Debtor UTU Corp. states that no corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Date: October 19, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad