**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

| | | |
|---|---|---|
| In re: UTU Corp., *Debtor*. | Case No.: | 26-14387-amc |
| | Chapter: | 11 (Subchapter V) |
| | Judge: | Ashely M. Chan |

## Certificate of Service

I, Michael I. Assad, certify that on October 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice to Creditor Claiming an Interest in Cash Collateral Directed to U.S. Small Business Administration

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 20, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0011 | Creditor | ☒ First Class Mail |
| U.S. Department of Justice<br>Attorney General of the United States<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Interested Party | ☒ First Class Mail |
| U.S. Attorney's Office (EDPA)<br>Attn: Civil Process Clerk<br>615 Chestnut St # 1250<br>Philadelphia, PA 19106-4404 | Interested Party | ☒ First Class Mail |