United States Bankruptcy Court
Eastern District of Pennsylvania

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Debtor's Application to Employ Attorney**

Applicant UTU Corp., through its authorized representative, applies for the entry of an order authorizing it to employ the Law Office of Mike Assad P.C. as its attorney under 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014(a), and Local Bankr. R. 2014-1.

1. The Applicant is the debtor in this case, having petitioned for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on October 19, 2026.

2. Since the petition date, the Applicant has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on October 20, 2026, at ECF No. 11. Those facts, to the extent relevant, are incorporated herein by reference.

4. The Applicant seeks to retain the Law Office of Mike Assad P.C. (the "Professional") to serve as its attorney.

5. Employment of the Professional is necessary because the Applicant must, among other things, obtain authority to use the cash collateral of the U.S. Small Business Administration, pay prepetition wages, maintain its bank accounts, address utility service, meet its reporting duties under 11 U.S.C. § 1187, and file a plan within 90 days under 11 U.S.C. § 1189(b).

6. The Professional has been selected because of its experience representing debtors

7.

8. under Subchapter V, as described in the verified statement attached as Exhibit B, and its familiarity with the Applicant's affairs from prepetition planning.

9. The Professional will render the following services:

a. general legal representation to the Applicant regarding all phases of the proper administration of the estate, including advising debtor with respect to its powers and duties as a debtor-in-possession;

b. preparing applications, motions, pleadings, briefs, memoranda and other documents and reports as may be required;

c. representing the Applicant in court;

d. representing the Applicant in its dealings with creditors;

e. representing the Applicant in negotiating, drafting, confirming and consummating a plan of reorganization;

f. representing the Applicant in the investigation of potential causes of action; and

g. such other services customarily performed by a debtor's attorney that are

consistent with the engagement agreement attached as Exhibit A.

10. The Professional will charge $495 per hour for attorney time and $245 per hour for paralegal time, plus reimbursement of actual and necessary expenses. Rates may be adjusted on April 1 of each year to reflect the change in the Consumer Price Index for the year ending the prior

December 31, on notice filed with the court and served on the U.S. Trustee and the Subchapter V trustee. All compensation is subject to court approval under 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016.

11. On August 26, 2026, Joseph K. Oh, the Applicant's principal, paid the Professional a retainer of $15,000.00 on the Applicant's behalf. The Professional's application of the retainer before the petition date, and the balance it held on the petition date, are set forth in the verified statement attached as Exhibit B.

12. Except as disclosed in the verified statement attached as Exhibit B, to the best of the Applicant's knowledge, the Professional has no connection with the Applicant, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

13. To the best of the Applicant's knowledge, the Professional does not hold or represent an interest adverse to the estate and is a disinterested person as defined in 11 U.S.C. § 101(14).

14. The Professional's verified statement under Fed. R. Bankr. P. 2014(a), describing its connections with the Applicant, its creditors, and other parties in interest, is attached as Exhibit B.

**FOR THOSE REASONS**, the Applicant requests authorization to employ the Professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: October 20, 2026

**UTU CORP.**
*Debtor*

By: /s/ Joseph K. Oh
Joseph K. Oh
Authorized Representative