| United States Bankruptcy Court<br>Eastern District of Pennsylvania | EXHIBIT<br>B |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor.* | Chapter: 11 (Subchapter V)<br>Judge: Ashely M. Chan |

**Verified Statement of Michael I. Assad on Behalf of the Law Office of Mike Assad P.C.**

I, Michael I. Assad, hereby verify and state as follows:

1. I am an attorney with, and the sole shareholder and principal of, the Law Office of Mike Assad P.C. (the "Firm").

2. I am and have been licensed to practice law in this Court at all times since October 17, 2021.

3. I have extensive experience in bankruptcy law and have represented debtors under Subchapter V of Chapter 11 of the Bankruptcy Code, including three cases in this district in which plans were confirmed.

4. To check for connections, the Firm searched its records for the Applicant; its principal, Joseph K. Oh; Kungmi Park, who helps manage its business; the creditors on the Applicant's creditor matrix, including the U.S. Small Business Administration and its landlords, Melani Lamond and Brian Ratigan; and the U.S. Trustee and the employees of the Office of the U.S. Trustee for Region 3. Except as stated below, the Firm has no connection with any of them.

5. The Firm represented the Applicant before the petition date in preparing for this case. The Firm does not represent Joseph K. Oh or Kungmi Park, each of whom guaranteed the Applicant's SBA loan, in any matter.

6. Under L.B.R. 2014-1(b), the Firm discloses that $959.00 of the payments it received for services to be rendered remained on the petition date, and that it received the following payments on or within 90 days before the petition date. The retainer was paid by Joseph K. Oh, the Applicant's principal and a guarantor of its SBA loan, on the Applicant's behalf. Mr. Oh has no right to direct or control the Firm's professional judgment or its representation of the Applicant, and the Firm's duties run solely to the Applicant and its estate. The Firm has filed the statement required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

| **Date Payment Received** | **Amount Received** | **Amount Applied to Services Rendered Before Receipt** | **Amount Applied to Services Rendered After Receipt** | **Amount Remaining on Petition Date** |
|---|---|---|---|---|
| August 26, 2026 | $15,000.00 | $247.50 | $13,793.50* | $959.00 |

*Includes $1,750.00 of expenses: the $1,738.00 chapter 11 filing fee and a $12.00 UCC search fee*

7. The Firm holds no claim against the Applicant for prepetition services. Its prepetition invoices were paid in full from the retainer.

8. The Firm is not a creditor, equity security holder, or insider of the Applicant, was not a director, officer, or employee of the Applicant within two years before the petition date, and has no interest materially adverse to the estate or any class of creditors or equity security holders.

9. The Firm has not agreed to share any compensation in this case with anyone other than its own members, as permitted by 11 U.S.C. § 504.

10. If the Firm learns of any additional connection, it will promptly file a supplemental statement.

I verify under penalty of perjury that the foregoing is true and correct.

Date: October 20, 2026

/s/ Michael I. Assad
Michael I. Assad