| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

**Order Authorizing Employment of the Law Office of Mike Assad P.C.**

**AND NOW**, upon consideration of the Application to Employ Attorney filed by Applicant UTU Corp., the court finds that:

A. Notice of the Application and opportunity for hearing was proper.

B. Employment of the Law Office of Mike Assad P.C. (the "Professional") is necessary and in the best interests of the Debtor and the bankruptcy estate.

C. The Professional does not hold or represent an interest adverse to the estate and is a disinterested person under 11 U.S.C. §§ 101(14), 327(a), and 1107(b).

For those reasons and for other good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Applicant is authorized to employ the Professional under the terms set forth in the Application.

3. The Professional may receive compensation and reimbursement of expenses only upon application under 11 U.S.C. §§ 330 and 331.

4. The Professional shall hold its retainer in trust and apply it only as the court allows.

5. This order is effective October 19, 2026.

Date:

______________________________
Ashely M. Chan
Chief U.S. Bankruptcy Judge