EXHIBIT
A

**Monthly Budget**

| Category | Monthly Amount |
| --- | --- |
| **Receipts** | |
| Revenue | $46,000 |
| **Disbursements** | |
| Food costs | $15,000 |
| Employee/owner compensation | $19,200 |
| Rent | $3,000 |
| Insurance | $800 |
| Utilities | $2,000 |
| Advertising | $500 |
| Accounting fees | $500 |
| Trash removal/linen | $425 |
| Sales tax remittance | $2,500 |
| Miscellaneous | $1,275 |
| SBA adequate protection | $800 |
| **Total disbursements** | **$46,000** |
| **Net cash flow** | **$0** |