United States Bankruptcy Court
Eastern District of Pennsylvania

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Hearing Date: ________________

Judge: Ashely M. Chan

**Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms**

**AND NOW**, Debtor UTU Corp., through its proposed attorney, moves under 11 U.S.C. §§ 105(a), 345(b), 363(c)(1), 1107(a), and 1108 and Fed. R. Bankr. P. 6003 and 6004(h) for an order authorizing it to continue using its existing bank accounts and business forms, substantially in the form attached.

## I. Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2), and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

## II. Background

4. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representatives filed with the Court on October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

7. Citizens Bank and TD Bank are each on the U.S. Trustee's list of authorized depositories for Region 3. The U.S. Trustee's operating guidelines generally require a debtor to close its prepetition accounts and open new debtor-in-possession accounts.

## III. Relief Requested

8. The Debtor requests authority to (a) keep using its checking accounts at TD Bank ending in 7599 and Citizens Bank ending in 8264 (the "Accounts"), each designated as a debtor-in-possession account in the bank's records; (b) transfer funds between the Accounts in the ordinary course; (c) use its existing checks and business forms, with any checks printed after the Petition Date bearing the designation "Debtor in Possession" and the case number; and (d) continue its arrangements with Toast, Inc. and its delivery and online-ordering platforms in the ordinary course, including the deduction of fees, chargebacks, and refunds from settlements. The Debtor also requests that its banks be directed not to honor any check or transfer for a prepetition claim unless authorized by court order.

## IV. Argument

9. A debtor in possession may use estate property in the ordinary course of business without court approval. 11 U.S.C. §§ 363(c)(1), 1107(a), 1108. The Debtor's receipts and payments all run through the Accounts, and closing them would interrupt its cash for weeks. Oh

Decl. ¶¶ 20–23. Keeping them, with the debtor-in-possession designation, the Debtor's record-keeping, and its monthly operating reports, lets the Debtor operate without interruption while giving the court and the U.S. Trustee full visibility. Because both Accounts are at authorized depositories, the Debtor's deposits comply with 11 U.S.C. § 345(b).

10. The relief is needed within the first 21 days of the case to avoid immediate and irreparable harm. Fed. R. Bankr. P. 6003(b). The Debtor requests that the court waive the 14-day stay under Fed. R. Bankr. P. 6004(h).

## V. Conclusion

**FOR THOSE REASONS,** the Debtor requests entry of the proposed order.

Date: October 20, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad