**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Hearing Date: | ________________ |
| Judge: | Ashely M. Chan |

# Debtor's Motion to Approve Payment of Prepetition Wages

**AND NOW**, Debtor UTU Corp., through its proposed attorney, moves this Court for entry of an order authorizing the payment of prepetition employee wages. In support of this Motion, the Debtor states as follows:

## I. Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2), and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

## II. Background

4. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

**III. Relief Requested**

7. The Debtor seeks authority to pay and honor in the ordinary course of business the prepetition wages owed to its employees (the "Employees") and related payroll tax obligations (collectively, the "Prepetition Wage Obligations"), in a total amount not to exceed $19,200. All payments will be made through payroll, net of all required withholding, and no Employee will receive more than the amount allowed under 11 U.S.C. § 507(a)(4).

8. Payment of the Prepetition Wage Obligations is necessary to preserve employee morale, avoid disruption, and maintain the Debtor's operations. Oh Decl. ¶¶ 13, 18–19.

**IV. Conclusion**

**NOW, THEREFORE,** the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: October 20, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad