| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: | 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: | 11 (Subchapter V) |
| | Judge: | Ashely M. Chan |

**Debtor's Motion to Set Proof of Claim Deadline**

**AND NOW**, Debtor UTU Corp., through its proposed attorney, moves this Court for entry of an order setting deadlines by which creditors and parties in interest must file proofs of claim. In support of this Motion, the Debtor states as follows:

## I. Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2), and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

## II. Background

4. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

**III. Relief Requested**

7. Under 11 U.S.C. § 501 and Fed. R. Bankr. P. 3003(c)(3), the Court may fix the time within which proofs of claim or interest may be filed in a chapter 11 case.

8. Setting a deadline will allow the Debtor to assess the nature and extent of the claims against the estate as it prepares its plan of reorganization, which is due within 90 days after the order for relief under 11 U.S.C. § 1189(b).

9. The Debtor requests that the Court fix December 28, 2026, as the deadline for creditors other than governmental units to file proofs of claim, and April 19, 2027, as the deadline for governmental units to file proofs of claim. 11 U.S.C. § 502(b)(9); Fed. R. Bankr. P. 3002(c)(1), 9006(a)(1)(C).

**IV. Conclusion**

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in its favor if necessary and proper under the law.

Date: October 20, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad