In the United States Bankruptcy Court for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re: | : | |
| UTU Corp., | : | Case No. 26-14387 AMC |
| | : | |
| Debtor(s) | : | Chapter 11, Subchapter V |

**SCHEDULING ORDER AND NOTICE OF STATUS CONFERENCE**

The above-captioned debtor (the "**Debtor**") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). This Scheduling Order and Notice of Status Conference facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED**:

1. ***Subchapter V Case.*** Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

2. ***Debtor's Compliance with § 1187.*** The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code.

3. ***Service of Notice of Commencement of Case by the Debtor.*** The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor within 7 days after entry of the date of this Order.

4. ***Objections to Designation.*** Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(b) no later than 30 days after the conclusion of the § 341 meeting of creditors, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

5. ***Status Conference.*** A Status Conference has been set for 12/2/26 **at** 12:30 P. **.m.** in the U.S. Bankruptcy Court, before the Honorable Ashely M. Chan, Chief via Zoom to consider resolution of the case pursuant to 11 U.S.C. §1188. Please consult the assigned Judge's calendar for the Zoom link assigned for this hearing.

6. ***Debtor's § 1188 (c) Report.*** The Debtor must file with the Court and serve on the Subchapter V trustee and all parties in interest the pre-status conference report required under § 1188(c) of the Bankruptcy Code no later than 11/18/26. The form of status report should follow the form attached.

7. ***Plan of Reorganization.*** Unless otherwise ordered by the Court, the Debtor must file with the Court a plan or reorganization in accordance with § 1189 of the Bankruptcy Code on or before 1/19/27. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

8. ***Interim Trustee Compensation.*** Within 30 days of the petition date and continuing monthly thereafter, Debtor shall remit to the Subchapter V trustee interim compensation in the amount of **$500**. The amount of interim compensation is subject to adjustment by the court, after notice and hearing upon request of any interested party, and subject to final approval by the Court under 11 U.S.C. § 330. Debtor shall include this interim compensation in any proposed cash collateral budget.

9. ***Additional Deadlines.*** The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance, or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

Date: October 20, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| UTU Corp., | : | |
| | : | **Bky. No.** 26-14387 AMC |
| **Debtor.** | : | |
| | : | |

**SUBCHAPTER V STATUS REPORT**

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: ____________________

Trustee: ____________________

Has the debtor attended an initial debtor interview? Yes ☐ No ☐

If no, please explain:

________________________________________

Has the trustee concluded the 341 meeting? Yes ☐ No ☐

If no, please explain:

________________________________________

Has the debtor filed all post-petition financial reports? Yes ☐ No ☐

If no, please explain:

________________________________________

Has the debtor filed all monthly operating reports? Yes ☐ No ☐

If no, please explain:

________________________________________

Is all relevant insurance in place and current? Yes ☐ No ☐

If no, please explain:

Has the debtor filed all applicable tax returns? Yes ☐ No ☐

If no, please explain:

______________________________________________

Has the debtor paid all taxes entitled to administrative expense priority? Yes ☐ No ☐

If no, please explain:

______________________________________________

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Other relevant information:

<u>Note:</u> **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." <u>See</u>, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date:** ________________________

________________________________
**Attorney for Debtor**