United States Bankruptcy Court
Eastern District of Pennsylvania

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Debtor's Motion for Expedited Hearing on First-Day Motions**

**AND NOW**, Debtor UTU Corp., through its proposed attorney, moves under L.B.R. 5070-1(g) and Fed. R. Bankr. P. 9006(c)(1) for an expedited hearing on its first-day motions, substantially in the form of the attached order.

## I. Background

1. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11.

2. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

4. With this Motion, the Debtor is filing four first-day motions (the "First-Day Motions"):

a. Motion for Interim and Final Orders Authorizing Use of Cash Collateral, ECF No. 13 (interim relief only at the expedited hearing);

b. Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms, ECF No. 14;

c. Motion for Order Determining Adequate Assurance of Payment to Utility Providers, ECF No. 15; and

d. Motion to Approve Payment of Prepetition Wages, ECF No. 16.

## II. Relief Requested

5. Under L.B.R. 5070-1(g) and Fed. R. Bankr. P. 9006(c)(1), the Debtor requests that the court (a) schedule a hearing on the First-Day Motions on October 28, 2026, at 12:30 p.m., or as soon after that as the court's calendar permits; (b) shorten the time for notice accordingly; and (c) approve notice of the hearing by email, overnight delivery, or telephone.

## III. Reasons for an Expedited Hearing

6. Each First-Day Motion seeks relief the Debtor needs immediately to keep operating: authority to use its cash, all of which is SBA's cash collateral, 11 U.S.C. § 363(c)(2); authority to pay its employees; authority to keep the bank accounts through which all of its receipts and payments flow; and a determination of adequate assurance for its electric and gas service. Oh Decl. ¶¶ 11, 13–15, 18–21, 24–25. Without prompt relief, the Debtor would have to close.

7. With respect to the Motion for Order Determining Adequate Assurance of Payment to Utility Providers, the Debtor requests a hearing before November 17, 2026, the last day of the 30-day period under 11 U.S.C. § 366(c)(2).

8. The relief sought at the expedited hearing is limited to what is needed to avoid immediate and irreparable harm pending a final hearing. Fed. R. Bankr. P. 4001(b)(2), 6003.

## IV. Certification of Consultation Under L.B.R. 5070-1(g)

9. Counsel for the Debtor certifies that on October 20, 2026, by 1:50 p.m., he emailed the following parties to ask whether they object to a hearing on the First-Day Motions on October 28, 2026, at 12:30 p.m., with the results stated:

a. Andrew R. Vara, United States Trustee, through John H. Schanne, Trial Attorney (john.schanne@usdoj.gov): does not object;

b. U.S. Small Business Administration, through Andrew Fuchs, Assistant U.S. Attorney for the Eastern District of Pennsylvania (andrew.fuchs@usdoj.gov): no response as of the filing of this Motion;

c. PECO Energy Company, through Lynn Zack, its in-house counsel (lynn.zack@exeloncorp.com): no response as of the filing of this Motion; and

d. Philadelphia Gas Works, through Pearl Pham, its in-house counsel (pearl.pham@pgworks.com): no response as of the filing of this Motion.

10. No Subchapter V trustee had been appointed as of the filing of this Motion.

## V. Conclusion

**FOR THOSE REASONS,** the Debtor requests entry of the proposed order scheduling an expedited hearing on the First-Day Motions.

Date: October 20, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad