| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

## Order Scheduling Expedited Hearing on First-Day Motions

**AND NOW**, upon consideration of the Debtor's Motion for Expedited Hearing on First-Day Motions (the "Motion"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. An expedited hearing to consider the following motions (the "First-Day Motions") shall be held on **October 28, 2026, at 12:30 p.m.**:

    a. Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral, filed at ECF No. 13 (interim relief only);

    b. Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms, filed at ECF No. 14;

    c. Debtor's Motion for Order Determining Adequate Assurance of Payment to Utility Providers, filed at ECF No. 15; and

    d. Debtor's Motion to Approve Payment of Prepetition Wages, filed at ECF No. 16.

3. The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

4. Written objections or other responsive pleadings to the First-Day Motions (while not required) may be filed up to the time of the hearing, and all objections will be considered at the hearing.

5. The Debtor shall serve the First-Day Motions and this order on the following parties by overnight mail, facsimile transmission, or e-mail transmission no later than 5:00 p.m. on October 22, 2026:

    a. the U.S. Trustee,

    b. the Subchapter V trustee,

c. the U.S. Small Business Administration through the U.S. Attorney for the Eastern District of Pennsylvania,

d. the utility providers identified in the utility motion,

e. all secured creditors, and

f. all priority creditors.

6. The Debtor shall serve this order and a notice of the First-Day Motions in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on October 22, 2026.

7. Before the hearing, the Debtor shall file a certification of compliance with the service requirements of paragraphs 5 and 6 of this order.

Date: ______________________________

Ashely M. Chan
Chief U.S. Bankruptcy Judge