**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Hearing Date: October 28, 2026

Judge: Ashely M. Chan

**Notice of First-Day Motions, Response Deadline, and Telephonic Hearing Date**

Debtor UTU Corp. has filed the following motions (together, the "Motions") with the court, seeking the relief summarized below:

| ECF No. | Motion | Relief Requested |
|---|---|---|
| 13 | Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral | Interim authority to use cash collateral under a budget with adequate protection. |
| 14 | Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms | Authority to keep using the Debtor's existing bank accounts and business forms. |
| 15 | Debtor's Motion for Order Determining Adequate Assurance of Payment to Utility Providers | A determination of adequate assurance of payment to the Debtor's utility providers and an order barring them from discontinuing service. |
| 16 | Debtor's Motion to Approve Payment of Prepetition Wages | Authority to pay prepetition wages and related payroll taxes owed to the Debtor's employees. |

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motions** or if you want the court to consider your views on the Motions, then you or your attorney must appear at the hearing or file a response before the hearing. *(see instructions below)*

3. A hearing on the Motions is scheduled to be held on **October 28, 2026, at 12:30 p.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

   ☒ In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. **If you do not file a response to the Motions before the hearing or appear at the hearing**, the court may enter an order granting the relief requested in the Motions.

5. If a copy of the Motions is not enclosed, a copy of the Motions will be provided to you if you request a copy from the attorney whose name and address is listed below.

**<u>Filing Instructions</u>**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received before the hearing date stated in Paragraph 3 above.

4. On the same day that you file or mail your Response to the Motions, you must mail or deliver a copy of the Response to the movant's attorney.

Date: October 21, 2026