**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Certificate of Service**

I, Michael I. Assad, certify that on October 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral (ECF No. 13)
- Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms (ECF No. 14)
- Debtor's Motion for Order Determining Adequate Assurance of Payment to Utility Providers (ECF No. 15)
- Debtor's Motion to Approve Payment of Prepetition Wages (ECF No. 16)
- Order Scheduling Expedited Hearing on First-Day Motions (ECF No. 21)
- Notice of First-Day Motions, Response Deadline, and Telephonic Hearing Date (ECF No. 22)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 21, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration | Creditor | ☒ Email<br>andrew.fuchs@usdoj.gov |
| PECO | Interested Party | ☒ Email<br>lynn.zack@exeloncorp.com<br>☒ Fax<br>215-568-3389 |
| Philadelphia Gas Works | Interested Party | ☒ Email<br>pearl.pham@pgworks.com<br>☒ Fax<br>215-398-3361 |
| Bankruptcy Department<br>Citizens Bank of Pennsylvania<br>1701 John F Kennedy Blvd Fl 22<br>Philadelphia PA 19103-2849 | Interested Party | ☒ UPS Overnight<br>#1Z209GD61333960223 |
| Bankruptcy Department<br>TD Bank<br>4140 Church Rd<br>Mount Laurel NJ 08054-2221 | Interested Party | ☒ UPS Overnight<br>#1Z209GD61334312832 |
| United States Trustee | Interested Party | ☒ CM/ECF |