| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Judge: Ashely M. Chan |

**Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Financial Documents Required by 11 U.S.C. § 1187(a)**

**AND NOW**, Debtor UTU Corp., through its proposed attorney, moves for entry of an order extending to November 16, 2026, the time to file its schedules, statement of financial affairs, and the financial documents required by 11 U.S.C. § 1187(a). In support of this Motion, the Debtor states as follows:

## I. Background

1. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11.

2. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on

October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

4. On October 20, 2026, the Court entered an order setting deadlines for the documents the Debtor did not file with its petition (ECF No. 9). Under that order, the Debtor's balance sheet, statement of operations, and cash-flow statement, or a statement that none has been prepared, are due October 26, 2026. Its list of equity security holders, Schedules A/B, D, E/F, G, and H, statement of financial affairs, and summary of assets and liabilities are due November 2, 2026. The order requires any request for an extension to be filed before the deadlines expire.

5. The Debtor has filed its creditor matrix and its most recent federal income tax return, which were also listed in that order.

## II. Relief Requested

6. The Debtor requests that the Court extend to November 16, 2026, the time to file the following documents (together, the "Documents"):

a. its balance sheet, statement of operations, and cash-flow statement under 11 U.S.C. §§ 1116(1)(A) and 1187(a);

b. its Schedules A/B, D, E/F, G, and H;

c. its statement of financial affairs; and

d. its summary of assets and liabilities.

## III. Argument

7. The court may extend the time to file the Documents on motion and for cause. Fed. R. Bankr. P. 1007(c)(7), 9006(b)(1). In a case under Subchapter V, the time to file schedules and the statement of financial affairs may not be extended to a date later than 30 days after the order for

relief, absent extraordinary and compelling circumstances. 11 U.S.C. §§ 1116(3), 1187(b). The requested deadline of November 16, 2026, is 28 days after the order for relief and within that limit.

8. Cause exists for the extension. The Debtor does not maintain accountant-prepared financial statements, so the Documents must be prepared from its bank, credit card, and vendor statements. The statements for the month ending October 31, 2026, which include the petition date, will not be available until early November. The Debtor needs them to state accurately its assets and liabilities as of the petition date, its payments to creditors before the petition date, and its financial statements.

9. The extension is brief and will allow the Debtor to file complete and accurate Documents. It will not prejudice creditors or delay the administration of this case.

10. This Motion may be determined without a hearing under L.B.R. 9014-2(a)(4) and (a)(14).

**IV. Conclusion**

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in its favor if necessary and proper under the law.

Date: October 21, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad