| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
| --- | --- |
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

**Order Extending Time to File Schedules, Statement of Financial Affairs, and Financial Documents Required by 11 U.S.C. § 1187(a)**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Financial Documents Required by 11 U.S.C. § 1187(a) (the "Motion"), and for cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The time for the Debtor to file the following documents is extended to November 16, 2026:

   a. the Debtor's balance sheet, statement of operations, and cash-flow statement under 11 U.S.C. §§ 1116(1)(A) and 1187(a);

   b. the Debtor's Schedules A/B, D, E/F, G, and H;

   c. the Debtor's statement of financial affairs; and

   d. the Debtor's summary of assets and liabilities.

3. No further extension of these deadlines will be granted.

Date:

________________________________
Ashely M. Chan
Chief U.S. Bankruptcy Judge