# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

IN RE:
**UTU Corp.**

CHAPTER **11**

DEBTOR(S)

CASE NO **26-14387-amc**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Joseph K. Oh**<br>1905 The Woods<br>Cherry Hill, NJ 08003 | Common stock | 1 share | Sole shareholder (100%) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/22/2026**

Signature: **/s/ Joseph K. Oh**
*Joseph K. Oh, Authorized Representative*