UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>UTU Corp. | CASE NO: 26-14387-amc<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 26 |

On 10/22/2026, I did cause a copy of the following documents, described below,

Order Setting Deadline to File Proofs of Claim ECF Docket Reference No. 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2026

/s/ Michael I. Assad
Michael I. Assad 330937
Attorney for Debtor
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

UTU Corp.

CASE NO: 26-14387-amc

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 26

On 10/22/2026, a copy of the following documents, described below,

Order Setting Deadline to File Proofs of Claim ECF Docket Reference No. 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

151 FOODS LLC
151 BENIGNO BOULEVARD
BELLMAWR NJ 08031

ACE NATURAL INC
249-257 E SANDFORD BLVD
MOUNT VERNON NY 10550

ADT LLC
1501 YAMATO ROAD
BOCA RATON FL 33431

AMERIHEALTH
1901 MARKET STREET
PHILADELPHIA PA 19103-1480

AMERIHEALTH NEW JERSEY
259 PROSPECT PLAINS ROAD BUILDING M
CRANBURY NJ 08512

AT&T BANKRUPTCY CENTER
2270 LAKESIDE BLVD 7TH FLOOR
RICHARDSON TX 75082

ATTORNEY GENERAL OF THE UNITED STATES
BEN FRANKLIN STATION
PO BOX 227
WASHINGTON DC 20044

AU FOURNIL INC
234 WOODBINE AVENUE
NARBERTH PA 19072

BAKER STREET BREAD CO
8009 GERMANTOWN AVENUE
PHILADELPHIA PA 19118

BRIAN RATIGAN
1006 S 46TH STREET
PHILADELPHIA PA 19143

CAMDEN BAG AND PAPER COMPANY LLC
200 CONNECTICUT DRIVE
BURLINGTON NJ 08016

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
15000 CAPITAL ONE DRIVE
HENRICO VA 23238

CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850-5298

CHEX SYSTEMS INC
ATTN: BANKRUPTCY
PO BOX 58339
MINNEAPOLIS MN 55458-3399

CITIZENS BANK NA
ONE CITIZENS PLAZA
PROVIDENCE RI 02903

CITY OF PHILADELPHIA LAW DEPARTMENT
TAX UNIT BANKRUPTCY GROUP
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
ATTN: BANKRUPTCY
15TH FLOOR STRAWBERRY SQUARE
HARRISBURG PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
ATTN: BANKRUPTCY
30 N 3RD STREET SUITE 200
HARRISBURG PA 17101-1715

COWAY USA INC
4221 WILSHIRE BLVD SUITE 210
LOS ANGELES CA 90010

CSAA INSURANCE GROUP
3055 OAK ROAD
WALNUT CREEK CA 94597

DELAWARE COUNTY LINEN INC
2626 W 4TH STREET
CHESTER PA 19013

DOORDASH INC
303 2ND STREET SOUTH TOWER 8TH FLOOR
SAN FRANCISCO CA 94107

DRIVE NEW JERSEY INSURANCE COMPANY
C/O PROGRESSIVE
PO BOX 89490
CLEVELAND OH 44101-6490

FARMERS INSURANCE EXCHANGE
6301 OWENSMOUTH AVENUE
WOODLAND HILLS CA 91367

FRANKLIN MUTUAL INSURANCE COMPANY
5 BROAD STREET
BRANCHVILLE NJ 07826

GEICO
ONE GEICO PLAZA
WASHINGTON DC 20076

GRUBHUB INC
111 W WASHINGTON STREET
CHICAGO IL 60602

HEE JUNG PARK AND CO PC
1001 W CHELTENHAM AVENUE SUITE 101
ELKINS PARK PA 19027-3287

HOOD AND FIRE INC
9 MERCER HILL ROAD
AMBLER PA 19002

IMPERIALDADE
255 ROUTE 1 AND 9
JERSEY CITY NJ 07306

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOSEPH K OH
1905 THE WOODS
CHERRY HILL NJ 08003

KTM SONS PLUMBING AND HEATING
359 FAIRVIEW ROAD
SPRINGFIELD PA 19064-3212

KUNGMI PARK
1905 THE WOODS
CHERRY HILL NJ 08003

LAPPS POULTRY FARM LLC
350 CALVARY ROAD
OXFORD PA 19363

LAPPS SPECIALTY EGGS LLC
348 CALVARY ROAD
OXFORD PA 19363

LAVAZZA NORTH AMERICA INC
1301 WILSON DRIVE
WEST CHESTER PA 19380

LEE BROTHERS FOOD EXPRESS
700 PATTISON AVENUE
PHILADELPHIA PA 19148

MELANI LAMOND
1006 S 46TH STREET
PHILADELPHIA PA 19143

MVP HAULING LLC
3124 S UBER STREET
PHILADELPHIA PA 19145-5438

NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
PO BOX 136
TRENTON NJ 08666

NJ DIVISION OF TAXATION
BANKRUPTCY UNIT
3 JOHN FITCH WAY 5TH FLOOR
PO BOX 245
TRENTON NJ 08695-0245

NJ E-ZPASS CUSTOMER SERVICE CENTER
PO BOX 4972
TRENTON NJ 08650

OWNER.COM INC
530 LYTTON AVENUE 2ND FLOOR
PALO ALTO CA 94301

PA DEPARTMENT OF LABOR AND INDUSTRY
OFFICE OF CHIEF COUNSEL
444 NORTH THIRD STREET SUITE 200
PHILADELPHIA PA 19123

PA DEPARTMENT OF LABOR AND INDUSTRY
OFFICE OF CHIEF COUNSEL
LABOR AND INDUSTRY BUILDING 10TH FLOOR
651 BOAS STREET
HARRISBURG PA 17121-0751

PAYONEER GLOBAL INC
195 BROADWAY 27TH FLOOR
NEW YORK NY 10007

PECO ENERGY COMPANY
LEGAL DEPARTMENT S23-1
2301 MARKET STREET
PHILADELPHIA PA 19103

PENNSYLVANIA DEPARTMENT OF REVENUE
DEPARTMENT 280946
BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PESTCO HOLDINGS LLC
7676 FORSYTH BLVD SUITE 2700
SAINT LOUIS MO 63105

PHILADELPHIA GAS WORKS
CREDIT AND COLLECTIONS 3RD FLOOR
800 W MONTGOMERY AVENUE
PHILADELPHIA PA 19122

PHILADELPHIA PARKING AUTHORITY
701 MARKET STREET SUITE 5400
PHILADELPHIA PA 19106

POWERS ELECTRIC REFRIGERATION INC
105 STEAMBOAT DRIVE
WARMINSTER PA 18974

PRESTO PEST CONTROL INC
100 EMLEN WAY SUITE 100
TELFORD PA 18969

PRIMO BREAD DISTRIBUTING LLC
171 SUGARCREEK DRIVE
FRANKLIN PA 16323

SCHWEIZER FIRE PROTECTION CO INC
2517 FRANKFORD AVENUE
PHILADELPHIA PA 19125-1708

SOUTH1318 CORP
1905 THE WOODS
CHERRY HILL NJ 08003

SYSCO CORPORATION
1390 ENCLAVE PARKWAY
HOUSTON TX 77077-2099

SYSCO PHILADELPHIA LLC
600 PACKER AVENUE
PHILADELPHIA PA 19148

TERMAC CORPORATION
7330 TULIP STREET
PHILADELPHIA PA 19136

TOAST INC
333 SUMMER STREET
BOSTON MA 02210

TRAVELERS
485 LEXINGTON AVENUE
NEW YORK NY 10017-2630

U.S. ATTORNEYS OFFICE
615 CHESTNUT STREET SUITE 1250
PHILADELPHIA PA 19106

U.S. SMALL BUSINESS ADMINISTRATION
PHILADELPHIA DISTRICT OFFICE
DISTRICT COUNSEL
660 AMERICAN AVENUE SUITE 301
KING OF PRUSSIA PA 19406

U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET SUITE 320
BIRMINGHAM AL 35203

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
409 THIRD STREET SW
WASHINGTON DC 20416

UBER TECHNOLOGIES INC
1725 3RD STREET
SAN FRANCISCO CA 94158

UNIVERSITY OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
2929 WALNUT STREET SUITE 400
PHILADELPHIA PA 19104-5099

UTICA FIRST INSURANCE COMPANY
5981 AIRPORT ROAD
ORISKANY NY 13424

VERIDIAN CREDIT UNION
PO BOX 6000
1827 ANSBOROUGH AVENUE
WATERLOO IA 50704

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE SUITE 550
WELDON SPRING MO 63304

VINELAND SYRUP INC
723 S EAST BOULEVARD
VINELAND NJ 08360