| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

**Order Establishing Terms of Interim Compensation to the Subchapter V Trustee**

**AND NOW**, upon consideration of the Debtor's Motion for Order Establishing Terms of Interim Compensation to the Subchapter V Trustee (the "Motion"), after notice and a hearing, and for cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor shall pay Holly Smith Miller, the Subchapter V trustee (the "Trustee"), interim compensation of $500 per month on the 15th day of each month, beginning November 15, 2026.

3. The Debtor shall mail each payment to:

   Holly Smith Miller, Subchapter V Trustee
   Gellert Seitz Busenkell & Brown, LLC
   1 Commerce Center
   1201 N. Orange Street, Suite 300
   Wilmington, DE 19801

4. Each payment under this order is an interim payment on account of the Trustee's compensation and reimbursement of expenses and is not an allowance of compensation.

5. The amount of the payments is subject to adjustment by the Court, after notice and a hearing, on the request of any interested party.

6. The Trustee shall disclose all payments received under this order in any application for compensation and reimbursement of expenses under 11 U.S.C. § 330, and all such payments shall be applied to the compensation and expenses allowed on that application.

7. If the payments exceed the amount allowed, the Trustee shall refund the excess to the Debtor within 14 days after entry of the order allowing compensation.

8. If the amount allowed exceeds the payments, the Debtor shall pay the balance as provided in the order allowing compensation or in a confirmed plan.

9. The Debtor's obligation to make payments under this order terminates on the effective date of a confirmed plan.

10. If the Debtor fails to make a payment when due, the Trustee may serve written notice of the default on the Debtor and its counsel. If the Debtor does not cure the default within 7 days after service of the notice, the Trustee may file a certification of default, and the Court will issue an order directing the Debtor to show cause why the case should not be dismissed or converted under 11 U.S.C. § 1112(b), or the Debtor otherwise sanctioned.

11. This order supersedes paragraph 8 of the order entered at ECF No. 19.

12. This order is effective November 15, 2026.

Date: ______________________________

Ashely M. Chan
Chief U.S. Bankruptcy Judge