**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Judge: Ashely M. Chan

## Certificate of Service

I, Michael I. Assad, certify that on October 22, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion for Order Establishing Terms of Interim Compensation to the Subchapter V Trustee
- Notice of Motion, Response Deadline, and Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2026

/s/ Michael I. Assad
Michael I. Assad