**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Judge: | Ashely M. Chan |

**Supplemental Certificate of Service**

I, Michael I. Assad, certify that on October 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated ~~and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system~~:

- Debtor's Amended Motion for Interim and Final Orders Authorizing Use of Cash Collateral (ECF No. 29)
- Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms (ECF No. 14)
- Debtor's Motion for Order Determining Adequate Assurance of Payment to Utility Providers (ECF No. 15)
- Debtor's Motion to Approve Payment of Prepetition Wages (ECF No. 16)
- Order Scheduling Expedited Hearing on First-Day Motions (ECF No. 21)
- Notice of First-Day Motions, Response Deadline, and Telephonic Hearing Date (ECF No. 22)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration | Creditor | ☒ Email jennifer.prescott@sba.gov |