| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

## Order Approving Payment of Prepetition Wages

**AND NOW**, upon consideration of the Debtor's Motion to Approve Payment of Prepetition Wages filed by Debtor UTU Corp., after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to pay all prepetition wages and related payroll tax obligations owed to its four employees in the ordinary course of business.

3. The total amount of such payments, to all employees combined, shall not exceed $19,200. All such payments shall be made through payroll, net of all required withholding.

4. The Debtor's banks and financial institutions are authorized and directed to honor and process all checks and fund transfer requests related to the foregoing obligations, whether presented prior to or after the Petition Date.

5. Nothing in this Order shall be deemed to constitute an assumption of any employment agreement or benefit plan under 11 U.S.C. § 365.

6. No payments to or on behalf of any individual employee on account of prepetition obligations shall exceed the amounts set forth in 11 U.S.C. §§ 507(a)(4) and 507(a)(5).

7. Nothing herein shall be deemed to:

    a. authorize the payment of any amounts in satisfaction of bonus or severance obligations, or which are subject to section 503(c) of the Bankruptcy Code; or

    b. authorize the Debtor to cash out unpaid vacation/leave time except upon termination of an employee, if applicable state law requires such payment.

Date:

____________________________________
Ashely M. Chan
Chief U.S. Bankruptcy Judge