**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

**Certification of No Response to Debtor's Application to Employ Attorney**

I, Michael I. Assad, proposed attorney for Debtor UTU Corp., certify as follows:

1. On October 20, 2026, the Debtor filed its Application to Employ Attorney (ECF No. 12) (the "Application"), with a notice setting Tuesday, October 27, 2026, as the deadline to file an objection (ECF No. 12-4).

2. The Application and notice were served on October 20, 2026, as stated in the certificate of service filed at ECF No. 12-5.

3. The objection deadline has passed. I have reviewed the docket, and no objection or other response to the Application has been filed or served on me.

4. The Debtor therefore requests that the Court enter the proposed order filed with the Application.

Date: October 28, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad