**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| UTU CORP., | : | |
| | : | |
| *D/B/A THE GOLD STANDARD CAFE* | : | |
| | : | Case No. 26-14387 (AMC) |
| Debtor. | : | |

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of MEGAN N. HARPER, Divisional Deputy City Solicitor as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Megan N. Harper, Divisional Deputy City Solicitor; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered

only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 28, 2026 By: */s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| UTU CORP., | : | |
| | : | |
| *D/B/A THE GOLD STANDARD CAFE* | : | |
| | : | Case No. 26-14387 (AMC) |
| Debtor. | : | |

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS
CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing Notice:
SUBCHAPTER V TRUSTEE
HOLLY SMITH MILLER, ESQ.,
Gellert Seitz Busenkell & Brown LLC
901 Market Street – Suite 3020
Philadelphia, PA 19103

JOHN HENRY SCHANNE - DOJ-Ust
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

Debtor's Counsel of Record:
MICHAEL I. ASSAD
Law Office of Mike Assad, P.C.
923 Haddonfield Road –Suite 336
Cherry Hill, NJ 08002

Via USPS Mail Delivery:
UTU Corp.
*D/B/A The Gold Standard Cafe*
4800 Baltimore Avenue
Philadelphia, PA 19143-3419

THE CITY OF PHILADELPHIA

Dated: October 28, 2026 By: */s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669