**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Hearing Date: | December 2, 2026 |
| Chief Judge: | Ashely M. Chan |

**Debtor's Objection to Claim No. 2 Filed by the City of Philadelphia**

**AND NOW**, Debtor UTU Corp., through its proposed attorney, objects under 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 to Claim No. 2 filed by the City of Philadelphia and requests entry of an order disallowing the claim in part. In support of this Objection, the Debtor states as follows:

## I. Background

1. The Debtor initiated this case on October 19, 2026, by petitioning for relief under Subchapter V of Chapter 11. It remains in possession of its assets as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2. A description of the Debtor's business and the facts precipitating the filing of this case is set forth in the declaration of the Debtor's authorized representative filed with the Court on October 20, 2026, at ECF No. 11 (the "Oh Decl."). Those facts, to the extent relevant, are incorporated herein by reference.

3. The facts specific to this Objection are set forth in the Declaration of Joseph K. Oh in Support of Objection to Claim No. 2 Filed by the City of Philadelphia, filed with this Objection (the "Claim Decl."), and are incorporated herein by reference.

4. On October 28, 2026, the City of Philadelphia (the "City") filed Claim No. 2 (the "Claim") for $30,833.61, plus an unliquidated amount. A copy of the Claim is attached as Exhibit A.

5. The Claim seeks $28,974.11 in wage tax for the period ending December 31, 2014, including a penalty of $13,746.31; $1,859.50 in business income and receipts tax for tax years 2013 through 2015, of which $43.85 is for 2015; and an unliquidated amount of wage tax for the period ending September 30, 2026.

6. The Debtor is a Pennsylvania business corporation formed on August 12, 2015. A subsistence certificate issued by the Pennsylvania Department of State is attached as Exhibit B.

7. The Claim names "Gold Standard at Penn Inc, The" as a co-debtor. The Gold Standard at Penn, Inc. is a separate Pennsylvania business corporation, formed in 1983, that remains in existence. Ex. C.

8. Neither corporation has ever owned an interest in the other, and the Debtor's principal has never been a shareholder, director, officer, or employee of The Gold Standard at Penn, Inc. Claim Decl. ¶¶ 2–3.

## II. Argument

9. A claim is disallowed to the extent that it "is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

10. The 2014 wage tax and the 2013 and 2014 business income and receipts tax, totaling $30,789.76, are for periods that ended before the Debtor was formed. The Debtor could not have

incurred tax for periods in which it did not exist, and that portion of the Claim should be disallowed. The remaining $43.85 for tax year 2015 should be allowed as a general unsecured claim.

11. Alternatively, if any of the 2014 wage tax is allowed, the $13,746.31 penalty is not entitled to priority because it is not "in compensation for actual pecuniary loss." 11 U.S.C. § 507(a)(8)(G).

12. The Debtor reserves the right to object to the unliquidated portion of the Claim once it is liquidated.

## III. Conclusion

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in its favor if necessary and proper under the law.

Date: October 29, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad