**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Hearing Date: December 2, 2026

Chief Judge: Ashely M. Chan

**Declaration of Joseph K. Oh in Support of**
**Objection to Claim No. 2 Filed by the City of Philadelphia**

I, Joseph K. Oh, hereby declare as follows:

1. I am the President, sole director, and sole shareholder of UTU Corp. (the “Debtor”), and I have held those positions since I formed the Debtor in August 2015.

2. I make this declaration from personal knowledge.

3. I have never been a shareholder, director, officer, or employee of The Gold Standard at Penn, Inc.

4. The Debtor has never owned an interest in The Gold Standard at Penn, Inc., and The Gold Standard at Penn, Inc. has never owned an interest in the Debtor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: October 29, 2026

/s/ Joseph K. Oh
Joseph K. Oh