EXHIBIT B

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizat
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

| | | | |
|---|---|---|---|
| **Regarding:** | UTU Corp | | |
| **Request Type:** | Subsistence Certificate | **Issuance Date:** | October 28, 2026 |
| **Request No.:** | 090475530 | **File No.:** | 0006273097 |
| **Receipt No.:** | 003371395 | | |
| **Filing Type:** | Domestic Business Corporation | | |
| **Filing Subtype:** | Business | | |
| **Initial Filing Date:** | August 12, 2015 | | |
| **Status:** | Active | | |

**TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:**

I DO HEREBY CERTIFY THAT

UTU Corp

is currently subsisting on the records of the Department of State as of the issuance date herein.

I DO FURTHER CERTIFY THAT this Subsistence Certificate shall not imply that all fees, taxes and penalties owed to the Commonwealth of Pennsylvania are paid.

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF STATE •

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

**Albert Schmidt**
Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov