**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizat
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

EXHIBIT
C

**Regarding:** THE GOLD STANDARD AT PENN, INC.

**Request Type:** Subsistence Certificate

**Issuance Date:** October 28, 2026

**Request No.:** 090475429

**File No.:** 0000703422

**Receipt No.:** 003371394

**Filing Type:** Domestic Business Corporation

**Filing Subtype:** Business

**Initial Filing Date:** May 03, 1983

**Status:** Active

**TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:**

I DO HEREBY CERTIFY THAT

THE GOLD STANDARD AT PENN, INC.

is currently subsisting on the records of the Department of State as of the issuance date herein.

I DO FURTHER CERTIFY THAT this Subsistence Certificate shall not imply that all fees, taxes and penalties owed to the Commonwealth of Pennsylvania are paid.

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF STATE •

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

**Albert Schmidt**
Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov