| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14387-amc |
|---|---|---|
| In re: UTU Corp.,<br>*Debtor*. | Chapter: | 11 (Subchapter V) |
| | Chief Judge: | Ashely M. Chan |

**Order Sustaining Debtor's Objection**
**to Claim No. 2 Filed by the City of Philadelphia**

**AND NOW**, upon consideration of the Debtor's Objection to Claim No. 2 Filed by the City of Philadelphia, after notice and a hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. Claim No. 2 filed by the City is **DISALLOWED** to the extent of $30,789.76, consisting of:

   a. $28,974.11 for wage tax for the period ending December 31, 2014,

   b. $1,552.56 for business income and receipts tax for tax year 2013, and

   c. $263.09 for business income and receipts tax for tax year 2014.

3. Claim No. 2 is **ALLOWED** as a general unsecured claim of $43.85 for business income and receipts tax for tax year 2015.

4. This order is without prejudice to the rights of the Debtor and the City regarding the portion of Claim No. 2 for wage tax for the period ending September 30, 2026.

Date:

______________________________
Ashely M. Chan
Chief U.S. Bankruptcy Judge