| | |
|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of Pennsylvania** | |
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |
| In re: UTU Corp.,<br><br>*Debtor*. | Hearing Date: December 2, 2026<br><br>Chief Judge: Ashely M. Chan |

**Notice of Objection to Claim and Hearing Date Directed to the City of Philadelphia**

**Debtor UTU Corp. (the "Objector") has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on December 2, 2026, at 12:30 p.m. If you or your attorney do not attend the hearing, the court may decide that you do not oppose the objection. The hearing will be conducted in the following format:

   ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

   ☒ In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you intend to appear at the hearing, you must notify the Objector's attorney on or before November 25, 2026.** If you do not notify the Objector's attorney that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: October 29, 2026