| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Proposed Attorney for Debtor* | Case No.: 26-14387-amc<br>Chapter: 11 (Subchapter V) |
| In re: UTU Corp.,<br><br>*Debtor*. | Hearing Date: October 29, 2026<br>Chief Judge: Ashely M. Chan |

**Certificate of Service**

I, Michael I. Assad, certify that on October 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Objection to Claim No. 2 Filed by the City of Philadelphia
- Notice of Objection to Claim and Hearing Date Directed to the City of Philadelphia

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 29, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>City of Philadelphia<br>1401 John F. Kennedy Blvd<br>Philadelphia, PA 19102 | Creditor | ☒ First Class Mail |