United States Bankruptcy Court
Eastern District of Pennsylvania

In re: UTU Corp. Debtor | Case No. 26-14387-amc | Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Oct 29, 2026 | Form ID: pdf900 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp., | Case No.: 26-14387-amc |
| *Debtor*. | Chapter: 11 (Subchapter V) |

**Order Approving Payment of Prepetition Wages**

**AND NOW**, upon consideration of the Debtor's Motion to Approve Payment of Prepetition Wages filed by Debtor UTU Corp., after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to pay all prepetition wages and related payroll tax obligations owed to its four employees in the ordinary course of business.

3. The total amount of such payments, to all employees combined, shall not exceed $19,200. All such payments shall be made through payroll, net of all required withholding.

4. The Debtor's banks and financial institutions are authorized and directed to honor and process all checks and fund transfer requests related to the foregoing obligations, whether presented prior to or after the Petition Date.

5. Nothing in this Order shall be deemed to constitute an assumption of any employment agreement or benefit plan under 11 U.S.C. § 365.

6. No payments to or on behalf of any individual employee on account of prepetition obligations shall exceed the amounts set forth in 11 U.S.C. §§ 507(a)(4) and 507(a)(5).

7. Nothing herein shall be deemed to:

   a. authorize the payment of any amounts in satisfaction of bonus or severance obligations, or which are subject to section 503(c) of the Bankruptcy Code; or

   b. authorize the Debtor to cash out unpaid vacation/leave time except upon termination of an employee, if applicable state law requires such payment.

Date: Oct. 29, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge