United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-14387-amc
UTU Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Oct 29, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: UTU Corp., *Debtor*. | Case No.: 26-14387-amc<br>Chapter: 11 (Subchapter V) |

## Interim Order Authorizing Use of Cash Collateral

**AND NOW**, upon consideration of the Debtor's Amended Motion for Interim and Final Orders Authorizing Use of Cash Collateral (the "Motion"), after notice under Fed. R. Bankr. P. 4001(b)(1)(C) and an interim hearing, the court finds that:

A. The U.S. Small Business Administration ("SBA") asserts a lien on the Debtor's personal property, including cash collateral ("Cash Collateral").

B. Use of Cash Collateral is necessary to avoid immediate and irreparable harm to the estate.

C. The protections in this order adequately protect SBA under 11 U.S.C. §§ 361 and 363(e).

For those reasons and for other good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** on an interim basis.

2. **Use.** Through the final hearing, the Debtor is authorized to use Cash Collateral in accordance with the monthly budget attached as Exhibit A (the "Budget"), including a permitted variance of ten percent (10%).

3. **Replacement lien and § 507(b) claim.** To the extent of any postpetition diminution in value of its interest, SBA is granted (a) a replacement lien, automatically perfected, on postpetition assets of the same type as its prepetition collateral, with the same validity, priority, and extent, and (b) an allowed claim under 11 U.S.C. § 507(b). Neither attaches to chapter 5 claims or their proceeds, and both are subject to fees of the Subchapter V trustee, Clerk fees, and allowed professional fees.

4. **Payments, insurance, and access.** The Debtor shall (a) pay SBA $800 per month on the 15th day of each month, beginning November 15, 2026; (b) maintain insurance on SBA's collateral and provide proof within 14 days; and (c) give SBA reasonable access to its books and premises on reasonable notice.

5. **Reservation of rights.** This order does not determine the validity, perfection, priority, extent, or amount of SBA's claim or lien, and does not waive any right under 11 U.S.C. § 506(c) or § 552(b).

6. **Termination.** SBA may move on an expedited basis to terminate this authority if the case is dismissed or converted, the Debtor is removed under 11 U.S.C. § 1185, a payment is not made within 10 days after written notice, or the Debtor materially breaches this order.

7. **Professional fees.** The Debtor may pay the Subchapter V trustee's interim compensation shown in the Budget, as provided by paragraph 8 of the order entered at ECF No. 19 and any order superseding it. No other payment may be made to the Subchapter V trustee or to any professional retained under 11 U.S.C. § 327 except as allowed by the Court on a fee application under 11 U.S.C. § 330.

8. **Final hearing.** A final hearing will be held on Dec. 2, 2026, at 12:30 p.m. . The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081. Objections are due on or before Nov. 25, 2026.

Date: Oct. 29, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge

# Exhibit A

## Monthly Budget

| Category | Monthly Amount |
|---|---|
| **Receipts** | |
| Revenue | $46,000 |
| **Disbursements** | |
| Food costs | $15,000 |
| Employee/owner compensation | $19,200 |
| Rent | $3,000 |
| Insurance | $800 |
| Utilities | $2,000 |
| Advertising | $500 |
| Accounting fees | $500 |
| Trash removal/linen | $425 |
| Sales tax remittance | $2,500 |
| Miscellaneous | $775 |
| Subchapter V trustee interim compensation | $500 |
| SBA adequate protection | $800 |
| **Total disbursements** | **$46,000** |
| **Net cash flow** | **$0** |