United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-14387-amc
UTU Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

In the United States Bankruptcy Court for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re: | : | |
| UTU Corp., | : | Case No. 26-14387 AMC |
| | : | |
| Debtor(s) | : | Chapter 11, Subchapter V |

**SCHEDULING ORDER AND NOTICE OF STATUS CONFERENCE**

The above-captioned debtor (the "**Debtor**") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). This Scheduling Order and Notice of Status Conference facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED**:

1. ***Subchapter V Case.*** Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

2. ***Debtor's Compliance with § 1187.*** The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code.

3. ***Service of Notice of Commencement of Case by the Debtor.*** The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor within 7 days after entry of the date of this Order.

4. ***Objections to Designation.*** Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(b) no later than 30 days after the conclusion of the § 341 meeting of creditors, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

5. ***Status Conference.*** A Status Conference has been set for 12/2/26 at 12:30 P. m. in the U.S. Bankruptcy Court, before the Honorable Ashely M. Chan, Chief via Zoom to consider resolution of the case pursuant to 11 U.S.C. §1188. Please consult the assigned Judge's calendar for the Zoom link assigned for this hearing.

6. ***Debtor's § 1188 (c) Report.*** The Debtor must file with the Court and serve on the Subchapter V trustee and all parties in interest the pre-status conference report required under § 1188(c) of the Bankruptcy Code no later than 11/18/26. The form of status report should follow the form attached.

7. ***Plan of Reorganization.*** Unless otherwise ordered by the Court, the Debtor must file with the Court a plan or reorganization in accordance with § 1189 of the Bankruptcy Code on or before 1/19/27. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

8. ***Interim Trustee Compensation.*** Within 30 days of the petition date and continuing monthly thereafter, Debtor shall remit to the Subchapter V trustee interim compensation in the amount of **$500**. The amount of interim compensation is subject to adjustment by the court, after notice and hearing upon request of any interested party, and subject to final approval by the Court under 11 U.S.C. § 330. Debtor shall include this interim compensation in any proposed cash collateral budget.

9. ***Additional Deadlines.*** The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance, or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

Date: October 20, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| UTU Corp., | : | |
| | : | **Bky. No.** 26-14387 AMC |
| **Debtor.** | : | |
| | : | |

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: ________________

Trustee: ________________

Has the debtor attended an initial debtor interview? Yes ☐ No ☐

If no, please explain:

---

Has the trustee concluded the 341 meeting? Yes ☐ No ☐

If no, please explain:

---

Has the debtor filed all post-petition financial reports? Yes ☐ No ☐

If no, please explain:

---

Has the debtor filed all monthly operating reports? Yes ☐ No ☐

If no, please explain:

---

Is all relevant insurance in place and current? Yes ☐ No ☐

If no, please explain:

Has the debtor filed all applicable tax returns? Yes ☐ No ☐

If no, please explain:

______________________________________________________________________

Has the debtor paid all taxes entitled to administrative expense priority? Yes ☐ No ☐

If no, please explain:

______________________________________________________________________

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Other relevant information:

**Note:** **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date:** ______________________ ______________________________

**Attorney for Debtor**