United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-14387-amc
UTU Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

**Order Scheduling Expedited Hearing on First-Day Motions**

**AND NOW**, upon consideration of the Debtor's Motion for Expedited Hearing on First-Day Motions (the "Motion"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. An expedited hearing to consider the following motions (the "First-Day Motions") shall be held on **October 28, 2026, at 12:30 p.m.**:

   a. Debtor's Motion for Interim and Final Orders Authorizing Use of Cash Collateral, filed at ECF No. 13 (interim relief only);

   b. Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms, filed at ECF No. 14;

   c. Debtor's Motion for Order Determining Adequate Assurance of Payment to Utility Providers, filed at ECF No. 15; and

   d. Debtor's Motion to Approve Payment of Prepetition Wages, filed at ECF No. 16.

3. The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

4. Written objections or other responsive pleadings to the First-Day Motions (while not required) may be filed up to the time of the hearing, and all objections will be considered at the hearing.

5. The Debtor shall serve the First-Day Motions and this order on the following parties by overnight mail, facsimile transmission, or e-mail transmission no later than 5:00 p.m. on October 22, 2026:

   a. the U.S. Trustee,

   b. the Subchapter V trustee,

c. the U.S. Small Business Administration through the U.S. Attorney for the Eastern District of Pennsylvania,

d. the utility providers identified in the utility motion,

e. all secured creditors, and

f. all priority creditors.

6. The Debtor shall serve this order and a notice of the First-Day Motions in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on October 22, 2026.

7. Before the hearing, the Debtor shall file a certification of compliance with the service requirements of paragraphs 5 and 6 of this order.

Date: Oct. 21, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge