United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-14387-amc

UTU Corp. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4

Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |
| 15199061 | + | 151 Foods LLC, 151 Benigno Boulevard, Bellmawr NJ 08031-2515 |
| 15199067 | + | Ace Natural Inc, 249-257 E Sandford Blvd, Mount Vernon NY 10550-4623 |
| 15199110 | | AmeriHealth, 1901 Market Street, Philadelphia PA 19103-1480 |
| 15199109 | + | AmeriHealth New Jersey, 259 Prospect Plains Road Building M, Cranbury NJ 08512-3707 |
| 15199042 | + | Attorney General of the United States, Ben Franklin Station, PO Box 227, Washington DC 20044-0227 |
| 15199065 | + | Baker Street Bread Co, 8009 Germantown Avenue, Philadelphia PA 19118-3420 |
| 15199087 | + | Brian Ratigan, 1006 S 46th Street, Philadelphia PA 19143-3704 |
| 15199079 | + | CSAA Insurance Group, 3055 Oak Road, Walnut Creek CA 94597-2098 |
| 15199096 | + | Camden Bag and Paper Company LLC, 200 Connecticut Drive, Burlington NJ 08016-4106 |
| 15199099 | | Chex Systems Inc, Attn: Bankruptcy, PO Box 58339, Minneapolis MN 55458-3399 |
| 15199101 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd Street Suite 200, Harrisburg PA 17101-1715 |
| 15199100 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor Strawberry Square, Harrisburg PA 17120-0001 |
| 15199058 | + | Delaware County Linen Inc, 2626 W 4th Street, Chester PA 19013-2336 |
| 15199107 | + | Franklin Mutual Insurance Company, 5 Broad Street, Branchville NJ 07826-5601 |
| 15199056 | + | Grubhub Inc, 111 W Washington Street, Chicago IL 60602-2783 |
| 15199097 | | Hee Jung Park and Co PC, 1001 W Cheltenham Avenue Suite 101, Elkins Park PA 19027-3287 |
| 15199104 | + | Hood and Fire Inc, 9 Mercer Hill Road, Ambler PA 19002-5716 |
| 15199089 | + | Joseph K Oh, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199102 | | KTM Sons Plumbing and Heating, 359 Fairview Road, Springfield PA 19064-3212 |
| 15199090 | + | Kungmi Park, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199060 | + | Lapps Poultry Farm LLC, 350 Calvary Road, Oxford PA 19363-1131 |
| 15199092 | + | Lapps Specialty Eggs LLC, 348 Calvary Road, Oxford PA 19363-1131 |
| 15199064 | + | Lavazza North America Inc, 1301 Wilson Drive, West Chester PA 19380-5954 |
| 15199057 | + | Lee Brothers Food Express, 700 Pattison Avenue, Philadelphia PA 19148-5309 |
| 15199106 | | MVP Hauling LLC, 3124 S Uber Street, Philadelphia PA 19145-5438 |
| 15199088 | + | Melani Lamond, 1006 S 46th Street, Philadelphia PA 19143-3704 |
| 15199098 | + | Owner.com Inc, 530 Lytton Avenue 2nd Floor, Palo Alto CA 94301-1541 |
| 15199045 | + | PA Department of Labor and Industry, Office of Chief Counsel, 444 North Third Street Suite 200, Philadelphia PA 19123-4141 |
| 15199086 | + | Payoneer Global Inc, 195 Broadway 27th Floor, New York NY 10007-3118 |
| 15199095 | + | PestCo Holdings LLC, 7676 Forsyth Blvd Suite 2700, Saint Louis MO 63105-4146 |
| 15199103 | + | Powers Electric Refrigeration Inc, 105 Steamboat Drive, Warminster PA 18974-4856 |
| 15199105 | + | Primo Bread Distributing LLC, 171 Sugarcreek Drive, Franklin PA 16323-5635 |
| 15199091 | | Schweizer Fire Protection Co Inc, 2517 Frankford Avenue, Philadelphia PA 19125-1708 |
| 15199108 | + | South1318 Corp, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199062 | + | Sysco Philadelphia LLC, 600 Packer Avenue, Philadelphia PA 19148-5304 |
| 15199068 | + | Termac Corporation, 7330 Tulip Street, Philadelphia PA 19136-4216 |
| 15199040 | + | U.S. Small Business Administration, Philadelphia District Office, District Counsel, 660 American Avenue Suite 301, King of Prussia PA 19406-4032 |
| 15199071 | + | Utica First Insurance Company, 5981 Airport Road, Oriskany NY 13424-3931 |
| 15199093 | + | Vineland Syrup Inc, 723 S East Boulevard, Vineland NJ 08360-5679 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2026 17:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2026 17:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15199069 | | Email/Text: amscbankruptcy@adt.com | Oct 31 2026 17:35:00 | ADT LLC, 1501 Yamato Road, Boca Raton FL 33431 |
| 15199051 | + | Email/Text: g17768@att.com | Oct 31 2026 17:35:00 | AT&T Bankruptcy Center, 2270 Lakeside Blvd 7th Floor, Richardson TX 75082-4304 |
| 15199074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 17:41:06 | Capital One Bank USA NA, 15000 Capital One Drive, Henrico VA 23238 |
| 15199076 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 31 2026 17:35:00 | Citizens Bank NA, One Citizens Plaza, Providence RI 02903 |
| 15199048 | | Email/Text: megan.harper@phila.gov | Oct 31 2026 17:35:00 | City of Philadelphia Law Department, Tax Unit Bankruptcy Group, 1401 John F Kennedy Blvd 5th Floor, Philadelphia PA 19102-1595 |
| 15199073 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 17:41:07 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 15199075 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 17:40:54 | Chase Card Services, PO Box 15298, Wilmington DE 19850-5298 |
| 15199046 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 31 2026 17:35:00 | PA Department of Labor and Industry, Office of Chief Counsel, Labor and Industry Building 10th Floor, 651 Boas Street, Harrisburg PA 17121-0751 |
| 15199054 | ^ | MEBN | Oct 31 2026 17:18:14 | DoorDash Inc, 303 2nd Street South Tower 8th Floor, San Francisco CA 94107-1366 |
| 15199078 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 31 2026 17:35:00 | Drive New Jersey Insurance Company, c/o Progressive, PO Box 89490, Cleveland OH 44101-6490 |
| 15199080 | + | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Oct 31 2026 17:35:00 | Farmers Insurance Exchange, 6301 Owensmouth Avenue, Woodland Hills CA 91367-2216 |
| 15199077 | + | Email/Text: argbsref@geico.com | Oct 31 2026 17:35:00 | GEICO, One GEICO Plaza, Washington DC 20076-0005 |
| 15199059 | + | Email/Text: legal@imperialdade.com | Oct 31 2026 17:35:00 | ImperialDade, 255 Route 1 and 9, Jersey City NJ 07306-6727 |
| 15199043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 17:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 15199081 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 31 2026 17:35:00 | NJ E-ZPass Customer Service Center, PO Box 4972, Trenton NJ 08650 |
| 15199082 | ^ | MEBN | Oct 31 2026 17:18:17 | New Jersey Motor Vehicle Commission, Administrative Unit, 225 East State Street, PO Box 136, Trenton NJ 08666-0136 |
| 15199049 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2026 17:35:00 | PECO Energy Company, Legal Department S23-1, 2301 Market Street, Philadelphia PA 19103-1338 |
| 15199044 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2026 17:35:00 | Pennsylvania Department of Revenue, Department 280946, Bankruptcy Division, Harrisburg PA 17128-0946 |
| 15199050 | ^ | MEBN | Oct 31 2026 17:18:11 | Philadelphia Gas Works, Credit and Collections 3rd Floor, 800 W Montgomery Avenue, Philadelphia PA 19122-2806 |
| 15199083 | + | Email/Text: bankruptcy@philapark.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 17:35:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia PA 19106-2895 |
| 15199094 | | Email/Text: apoulson@prestopestcontrol.com | Oct 31 2026 17:35:00 | Presto Pest Control Inc, 100 Emlen Way Suite 100, Telford PA 18969 |
| 15199047 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 31 2026 17:35:00 | NJ Division of Taxation, Bankruptcy Unit, 3 John Fitch Way 5th Floor, PO Box 245, Trenton NJ 08695-0245 |
| 15199063 | ^ | MEBN | Oct 31 2026 17:18:19 | Sysco Corporation, 1390 Enclave Parkway, Houston TX 77077-2099 |
| 15199053 | ^ | MEBN | Oct 31 2026 17:18:19 | Toast Inc, 333 Summer Street, Boston MA 02210-1702 |
| 15199072 | | Email/Text: AcctResolutionMail@Travelers.com | Oct 31 2026 17:35:00 | Travelers, 485 Lexington Avenue, New York NY 10017-2630 |
| 15199041 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2026 17:35:00 | U.S. Attorneys Office, 615 Chestnut Street Suite 1250, Philadelphia PA 19106-4490 |
| 15199038 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 17:35:00 | U.S. Small Business Administration, 2 North 20th Street Suite 320, Birmingham AL 35203-4002 |
| 15199039 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 17:35:00 | U.S. Small Business Administration, Office of General Counsel, 409 Third Street SW, Washington DC 20416-0011 |
| 15199055 | ^ | MEBN | Oct 31 2026 17:18:17 | Uber Technologies Inc, 1725 3rd Street, San Francisco CA 94158-2203 |
| 15199085 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Oct 31 2026 17:35:00 | University of Pennsylvania, Office of General Counsel, 2929 Walnut Street Suite 400, Philadelphia PA 19104-5435 |
| 15199084 | + | Email/Text: bankruptcy@veridiancu.org | Oct 31 2026 17:35:00 | Veridian Credit Union, PO Box 6000, 1827 Ansborough Avenue, Waterloo IA 50701-3629 |
| 15199052 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 31 2026 17:35:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive Suite 550, Weldon Spring MO 63304-2225 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15199066 | ##+ | Au Fournil Inc, 234 Woodbine Avenue, Narberth PA 19072-1930 |
| 15199070 | ##+ | Coway USA Inc, 4221 Wilshire Blvd Suite 210, Los Angeles CA 90010-3557 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: UTU Corp., | Case No.: | 26-14387-amc |
| *Debtor.* | Chapter: | 11 (Subchapter V) |

**Order Setting Deadline to File Proofs of Claim**

**NOTICE: Your rights may be affected.** The Debtor, UTU Corp., filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 19, 2026. This order sets the deadlines and procedures for filing proofs of claim. Failure to file a timely proof of claim may result in the loss of your right to vote on any proposed plan of reorganization and the right to share in any distribution of money or property from the Debtor's bankruptcy estate. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.

It is hereby **ORDERED** that:

1. **December 28, 2026**, is the **DEADLINE** for non-governmental creditors to file proofs of claim.

2. **April 19, 2027**, is the **DEADLINE** for governmental creditors to file proofs of claim.

3. Proofs of claim must be filed with the clerk of court electronically at www.paeb.uscourts.gov or on paper (by mail or in person) at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. Proofs of claim will be deemed timely filed only if actually received by the clerk on or before the deadline, regardless of whether a claim is filed electronically, by mail, or in person.

5. A creditor need not file a proof of claim if its claim:

    a. is listed on the schedule of liabilities filed under 11 U.S.C. § 521(a)(1)(B)(i), except if the claim is scheduled as disputed, contingent, or unliquidated; or

b. asserts administrative fees or expenses under 11 U.S.C. §§ 330, 331, or 503(b)(1)-(8).

6. If a creditor's claim is listed on the schedule of liabilities but the creditor disagrees with the scheduled amount or classification, the creditor must file a proof of claim by the deadline to assert the correct amount or classification.

7. If the Debtor amends the schedule of liabilities to designate any claim as contingent, unliquidated, or disputed, or to reduce the amount or classification of a scheduled claim:

a. the Debtor must promptly serve the creditor with a notice describing the amendment and the changes made; and

b. the creditor will be allowed to file a proof of claim on or before the proof of claim deadline or the twenty-first day after service of the amendment notice, whichever is later.

8. All claims arising from the rejection of an executory contract or unexpired lease must be filed on or before the later of:

a. the proof of claim deadline; or

b. twenty-one days after the effective date of the rejection.

9. All deadlines and procedures above apply to equity security holders with respect to filing proofs of interest.

10. The Debtor must promptly serve this order on all parties listed on the case mailing list and file the appropriate certificate of service.

Date: Oct. 21, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge