United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-14387-amc
UTU Corp. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Nov 01, 2026 Form ID: 309F2 Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | UTU Corp., 4800 Baltimore Avenue, Philadelphia, PA 19143-3419 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| tr | + | HOLLY SMITH MILLER, ESQ., Gellert Seitz Busenkell & Brown LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107-3133 |
| 15199061 | + | 151 Foods LLC, 151 Benigno Boulevard, Bellmawr NJ 08031-2515 |
| 15199067 | + | Ace Natural Inc, 249-257 E Sandford Blvd, Mount Vernon NY 10550-4623 |
| 15199110 | | AmeriHealth, 1901 Market Street, Philadelphia PA 19103-1480 |
| 15199109 | + | AmeriHealth New Jersey, 259 Prospect Plains Road Building M, Cranbury NJ 08512-3707 |
| 15199042 | + | Attorney General of the United States, Ben Franklin Station, PO Box 227, Washington DC 20044-0227 |
| 15199065 | + | Baker Street Bread Co, 8009 Germantown Avenue, Philadelphia PA 19118-3420 |
| 15199087 | + | Brian Ratigan, 1006 S 46th Street, Philadelphia PA 19143-3704 |
| 15199079 | + | CSAA Insurance Group, 3055 Oak Road, Walnut Creek CA 94597-2098 |
| 15199096 | + | Camden Bag and Paper Company LLC, 200 Connecticut Drive, Burlington NJ 08016-4106 |
| 15199099 | | Chex Systems Inc, Attn: Bankruptcy, PO Box 58339, Minneapolis MN 55458-3399 |
| 15199101 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd Street Suite 200, Harrisburg PA 17101-1715 |
| 15199100 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor Strawberry Square, Harrisburg PA 17120-0001 |
| 15199058 | + | Delaware County Linen Inc, 2626 W 4th Street, Chester PA 19013-2336 |
| 15199107 | + | Franklin Mutual Insurance Company, 5 Broad Street, Branchville NJ 07826-5601 |
| 15199056 | + | Grubhub Inc, 111 W Washington Street, Chicago IL 60602-2783 |
| 15199097 | | Hee Jung Park and Co PC, 1001 W Cheltenham Avenue Suite 101, Elkins Park PA 19027-3287 |
| 15199104 | + | Hood and Fire Inc, 9 Mercer Hill Road, Ambler PA 19002-5716 |
| 15199089 | + | Joseph K Oh, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199102 | | KTM Sons Plumbing and Heating, 359 Fairview Road, Springfield PA 19064-3212 |
| 15199090 | + | Kungmi Park, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199060 | + | Lapps Poultry Farm LLC, 350 Calvary Road, Oxford PA 19363-1131 |
| 15199092 | + | Lapps Specialty Eggs LLC, 348 Calvary Road, Oxford PA 19363-1131 |
| 15199064 | + | Lavazza North America Inc, 1301 Wilson Drive, West Chester PA 19380-5954 |
| 15199057 | + | Lee Brothers Food Express, 700 Pattison Avenue, Philadelphia PA 19148-5309 |
| 15199106 | | MVP Hauling LLC, 3124 S Uber Street, Philadelphia PA 19145-5438 |
| 15199088 | + | Melani Lamond, 1006 S 46th Street, Philadelphia PA 19143-3704 |
| 15199098 | + | Owner.com Inc, 530 Lytton Avenue 2nd Floor, Palo Alto CA 94301-1541 |
| 15199045 | + | PA Department of Labor and Industry, Office of Chief Counsel, 444 North Third Street Suite 200, Philadelphia PA 19123-4141 |
| 15199086 | + | Payoneer Global Inc, 195 Broadway 27th Floor, New York NY 10007-3118 |
| 15199095 | + | PestCo Holdings LLC, 7676 Forsyth Blvd Suite 2700, Saint Louis MO 63105-4146 |
| 15199103 | + | Powers Electric Refrigeration Inc, 105 Steamboat Drive, Warminster PA 18974-4856 |
| 15199105 | + | Primo Bread Distributing LLC, 171 Sugarcreek Drive, Franklin PA 16323-5635 |
| 15199091 | | Schweizer Fire Protection Co Inc, 2517 Frankford Avenue, Philadelphia PA 19125-1708 |
| 15199108 | + | South1318 Corp, 1905 The Woods, Cherry Hill NJ 08003-4714 |
| 15199062 | + | Sysco Philadelphia LLC, 600 Packer Avenue, Philadelphia PA 19148-5304 |
| 15199068 | + | Termac Corporation, 7330 Tulip Street, Philadelphia PA 19136-4216 |
| 15199040 | + | U.S. Small Business Administration, Philadelphia District Office, District Counsel, 660 American Avenue Suite 301, King of Prussia PA 19406-4032 |
| 15199071 | + | Utica First Insurance Company, 5981 Airport Road, Oriskany NY 13424-3931 |
| 15199093 | + | Vineland Syrup Inc, 723 S East Boulevard, Vineland NJ 08360-5679 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Nov 01 2026 03:12:00 | MICHAEL I. ASSAD, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2026 03:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2026 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 01 2026 03:12:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15199069 | | Email/Text: amscbankruptcy@adt.com | Nov 01 2026 03:13:00 | ADT LLC, 1501 Yamato Road, Boca Raton FL 33431 |
| 15199051 | + | Email/Text: g17768@att.com | Nov 01 2026 03:12:00 | AT&T Bankruptcy Center, 2270 Lakeside Blvd 7th Floor, Richardson TX 75082-4304 |
| 15199074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2026 03:07:15 | Capital One Bank USA NA, 15000 Capital One Drive, Henrico VA 23238 |
| 15199076 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 01 2026 03:12:00 | Citizens Bank NA, One Citizens Plaza, Providence RI 02903 |
| 15199048 | | Email/Text: megan.harper@phila.gov | Nov 01 2026 03:13:00 | City of Philadelphia Law Department, Tax Unit Bankruptcy Group, 1401 John F Kennedy Blvd 5th Floor, Philadelphia PA 19102-1595 |
| 15199073 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2026 03:07:15 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 15199075 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2026 03:07:37 | Chase Card Services, PO Box 15298, Wilmington DE 19850-5298 |
| 15199046 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 01 2026 03:12:00 | PA Department of Labor and Industry, Office of Chief Counsel, Labor and Industry Building 10th Floor, 651 Boas Street, Harrisburg PA 17121-0751 |
| 15199054 | ^ | MEBN | Nov 01 2026 02:58:47 | DoorDash Inc, 303 2nd Street South Tower 8th Floor, San Francisco CA 94107-1366 |
| 15199078 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 01 2026 03:12:00 | Drive New Jersey Insurance Company, c/o Progressive, PO Box 89490, Cleveland OH 44101-6490 |
| 15199080 | + | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Nov 01 2026 03:12:00 | Farmers Insurance Exchange, 6301 Owensmouth Avenue, Woodland Hills CA 91367-2216 |
| 15199077 | + | Email/Text: argbsref@geico.com | Nov 01 2026 03:12:00 | GEICO, One GEICO Plaza, Washington DC 20076-0005 |
| 15199059 | + | Email/Text: legal@imperialdade.com | Nov 01 2026 03:12:00 | ImperialDade, 255 Route 1 and 9, Jersey City NJ 07306-6727 |
| 15199043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2026 03:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 15199081 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2026 03:12:00 | NJ E-ZPass Customer Service Center, PO Box 4972, Trenton NJ 08650 |
| 15199082 | ^ | MEBN | Nov 01 2026 02:58:44 | New Jersey Motor Vehicle Commission, Administrative Unit, 225 East State Street, PO Box 136, Trenton NJ 08666-0136 |
| 15199049 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 01 2026 03:12:00 | PECO Energy Company, Legal Department S23-1, 2301 Market Street, Philadelphia PA 19103-1338 |
| 15199044 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2026 03:12:00 | Pennsylvania Department of Revenue, Department 280946, Bankruptcy Division, Harrisburg PA 17128-0946 |
| 15199050 | ^ | MEBN | Nov 01 2026 02:58:40 | Philadelphia Gas Works, Credit and Collections 3rd Floor, 800 W Montgomery Avenue, Philadelphia PA 19122-2806 |
| 15199083 | + | Email/Text: bankruptcy@philapark.org | Nov 01 2026 03:13:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia PA 19106-2895 |
| 15199094 | | Email/Text: apoulson@prestopestcontrol.com | Nov 01 2026 03:12:00 | Presto Pest Control Inc, 100 Emlen Way Suite 100, Telford PA 18969 |
| 15199047 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 01 2026 03:12:00 | NJ Division of Taxation, Bankruptcy Unit, 3 John Fitch Way 5th Floor, PO Box 245, Trenton NJ 08695-0245 |
| 15199063 | ^ | MEBN | Nov 01 2026 02:58:46 | Sysco Corporation, 1390 Enclave Parkway, Houston TX 77077-2099 |
| 15199053 | ^ | MEBN | Nov 01 2026 02:58:48 | Toast Inc, 333 Summer Street, Boston MA 02210-1702 |
| 15199072 | | Email/Text: AcctResolutionMail@Travelers.com | Nov 01 2026 03:12:00 | Travelers, 485 Lexington Avenue, New York NY 10017-2630 |
| 15199041 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2026 03:12:00 | U.S. Attorneys Office, 615 Chestnut Street Suite 1250, Philadelphia PA 19106-4490 |
| 15199038 | + | Email/Text: bankruptcynotices@sba.gov | Nov 01 2026 03:12:00 | U.S. Small Business Administration, 2 North 20th Street Suite 320, Birmingham AL 35203-4002 |
| 15199039 | + | Email/Text: bankruptcynotices@sba.gov | Nov 01 2026 03:12:00 | U.S. Small Business Administration, Office of General Counsel, 409 Third Street SW, Washington DC 20416-0011 |
| 15199055 | ^ | MEBN | Nov 01 2026 02:58:48 | Uber Technologies Inc, 1725 3rd Street, San Francisco CA 94158-2203 |
| 15199085 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Nov 01 2026 03:13:00 | University of Pennsylvania, Office of General Counsel, 2929 Walnut Street Suite 400, Philadelphia PA 19104-5435 |
| 15199084 | + | Email/Text: bankruptcy@veridiancu.org | Nov 01 2026 03:12:00 | Veridian Credit Union, PO Box 6000, 1827 Ansborough Avenue, Waterloo IA 50701-3629 |
| 15199052 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2026 03:12:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive Suite 550, Weldon Spring MO 63304-2225 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15199066 | ##+ | Au Fournil Inc, 234 Woodbine Avenue, Narberth PA 19072-1930 |
| 15199070 | ##+ | Coway USA Inc, 4221 Wilshire Blvd Suite 210, Los Angeles CA 90010-3557 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor UTU Corp. mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Information to identify the case:

Debtor UTU Corp. EIN: 47–4749573

Name

United States Bankruptcy Court Eastern District of Pennsylvania Date case filed for chapter: 11 10/19/26

Case number: 26–14387–amc

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | UTU Corp. | |
| 2. | **All other names used in the last 8 years** | dba The Gold Standard Cafe | |
| 3. | **Address** | 4800 Baltimore Avenue<br>Philadelphia, PA 19143–3419 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL I. ASSAD<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone 609–808–3300<br>Email: mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | HOLLY SMITH MILLER, ESQ.<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market Street<br>Suite 3020<br>Philadelphia, PA 19107 | Contact phone 215–238–0012<br>Email: hsmiller@gsbblaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408–2800<br>Date: 10/23/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 20, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us, Click on JOIN or call 1 (202) 381–3365, Enter Meeting ID 165 982 28576, and Passcode 8486219217**<br><br>For additional meeting info. go to https://www.justice.gov/ust/ch11moc |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 12/28/26<br>**For a governmental unit:** 4/19/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** 1/19/27 | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |