**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

# Compensation Disclosure Notice Under L.B.R. 4002-1(b)

**PLEASE TAKE NOTICE** that Debtor UTU Corp. compensates its sole officer and director as follows:

## I. Position, Title, and Duties of Officer

1. Joseph K. Oh serves as the Debtor's president and sole director. In that capacity, he performs the following principal duties:

   a. managing the Debtor's restaurant and kitchen operations;

   b. managing the Debtor's catering business;

   c. supervising the Debtor's staff; and

   d. overseeing the Debtor's finances and obligations.

## II. Current Compensation and Benefits Paid to Officer

2. In consideration for those services, the Debtor provides to Mr. Oh:

   a. wages, which totaled $61,806 in the 12 months before the petition date; and

   b. health insurance through AmeriHealth, which costs the Debtor $227 per month.

## III. Compensation and Benefits Paid to Officer Within One Year Before the Petition Date

| Officer | 90 Days Before Petition Date (July 21, 2026) | 180 Days Before Petition Date (April 22, 2026) | 1 Year Before Petition Date (October 19, 2025) |
|---|---|---|---|
| **Mr. Oh** | Wages of $59,475 and health insurance through AmeriHealth costing $227 per month. | Wages of $59,467 and health insurance through AmeriHealth costing $227 per month. | Wages of $50,201 and health insurance through UnitedHealthcare costing $309 per month. |

Date: November 2, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad