**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

**Notice of Change of Debtor's Mailing Address**

Under Fed. R. Bankr. P. 4002(a)(5), Debtor UTU Corp. gives notice that its mailing address has changed. Effective immediately, all notices and other mail for the Debtor should be sent to:

UTU Corp.
4146 Pechin St Unit 3
Philadelphia PA 19128-3559

Date: November 5, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad