**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| UTU CORP., | § | CASE NO. 26-14387-AMC |
| DEBTOR(S). | § | |

# CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on November 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of the United States Trustee to the Debtor's Motion for Order Establishing Terms of Interim Compensation to the Subchapter Trustee.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: November 12, 2026

By: */s/ Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

MICHAEL I. ASSAD
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
Email: mike@assad.law
**Debtor**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**HOLLY SMITH MILLER, ESQ.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmith@gsbblaw.com
**Trustee**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**