**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Judge: Ashely M. Chan

## Debtor's Balance Sheet as of October 19, 2026

| | **Amount** |
|---|---|
| **Assets** | |
| Cash | $13,000.00 |
| Accounts receivable | $1,000.00 |
| Food and beverage inventory | $3,000.00 |
| Kitchen equipment, furniture, and fixtures | $8,400.00 |
| **Total assets** | **$25,400.00** |
| **Liabilities** | |
| U.S. Small Business Administration | $421,605.43 |
| Other liabilities | Unknown |
| **Total liabilities** | **At least $421,605.43** |
| **Shareholder's equity (deficit)** | **At least ($396,205.43)** |
| **Total liabilities and shareholder's equity (deficit)** | **$25,400.00** |