**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Chief Judge: Ashely M. Chan

## Debtor's Cash-Flow Statement

| | Year ended Dec. 31, 2025 | Jan. 1 – Oct. 18, 2026 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Cash received from customers | $556,476.15 | $447,040.77 |
| Refunds and other receipts | $920.94 | $499.26 |
| Cash paid to suppliers and for operating expenses | ($341,548.53) | ($274,813.53) |
| Employee compensation | ($157,330.53) | ($146,733.63) |
| Taxes paid | ($37,926.04) | ($15,715.68) |
| **Net cash provided by operating activities** | **$20,591.99** | **$10,277.19** |
| **Cash flows from financing activities** | | |
| Payments on SBA loan | ($15,728.00) | ($22,117.50) |
| **Net cash used in financing activities** | **($15,728.00)** | **($22,117.50)** |
| **Net increase (decrease) in cash** | **$4,863.99** | **($11,840.31)** |
| Cash at beginning of period | $18,167.69 | $23,031.68 |
| **Cash at end of period** | **$23,031.68** | **$11,191.37** |