**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Chief Judge: Ashely M. Chan

## Debtor's Statement of Operations

| | Year ended Dec. 31, 2025 | Jan. 1 – Oct. 18, 2026 |
|---|---:|---:|
| **Receipts** | | |
| In-store sales | $437,900.08 | $344,658.87 |
| Online ordering and delivery platforms | $83,175.67 | $75,225.75 |
| Catering | $34,959.40 | $26,657.65 |
| Other sales deposits | $441.00 | $498.50 |
| Refunds and other receipts | $920.94 | $499.26 |
| **Total receipts** | **$557,397.09** | **$447,540.03** |
| **Operating expenses** | | |
| Food, beverage, and supply purchases | $208,600.04 | $163,676.89 |
| Wages paid to employees | $97,214.76 | $104,882.46 |
| Compensation to Joseph K. Oh | $60,115.77 | $41,851.17 |
| Rent | $33,532.64 | $31,078.82 |
| Utilities and telecommunications | $21,930.33 | $18,478.04 |
| Payroll, sales, and other taxes | $37,926.04 | $15,715.68 |
| Business insurance (Utica First, Travelers) | $7,393.58 | $5,623.32 |
| Health insurance | $3,768.90 | $2,044.35 |
| Vehicle insurance, tolls, and loan payments | $14,324.98 | $11,362.61 |
| Paper goods, linen, pest control, waste hauling, and other services | $31,135.42 | $24,645.34 |
| Repairs, maintenance, licenses, and other supplies | $4,335.31 | $3,105.00 |
| Point-of-sale, online ordering, and software fees | $8,694.49 | $7,125.24 |
| Accounting and other professional fees | $3,657.00 | $7,486.00 |
| Advertising | $3,875.84 | $187.92 |
| Other expenses | $300.00 | $0.00 |

| | Year ended Dec. 31, 2025 | Jan. 1 – Oct. 18, 2026 |
|---|---|---|
| **Total operating expenses** | **$536,805.10** | **$437,262.84** |
| **Operating income (loss)** | **$20,591.99** | **$10,277.19** |
| **Other cash payments** | | |
| Payments on SBA loan (principal and interest) | $15,728.00 | $22,117.50 |
| **Net increase (decrease) in cash** | **$4,863.99** | **($11,840.31)** |