**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

# Subchapter V Status Report

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: October 19, 2026

Trustee: Holly Smith Miller

Has the debtor attended an initial debtor interview? ☒ Yes ☐ No

Has the trustee concluded the 341 meeting? ☐ Yes ☒ No

If no, please explain:

The first meeting of creditors is scheduled for November 20, 2026.

Has the debtor filed all post-petition financial reports? ☒ Yes ☐ No

Has the debtor filed all monthly operating reports? ☐ Yes ☒ No

If no, please explain:

No reports have become due.

Is all relevant insurance in place and current? ☒ Yes ☐ No

Has the debtor filed all applicable tax returns? ☒ Yes ☐ No

Has the debtor paid all taxes entitled to administrative expense priority? ☒ Yes ☐ No

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

The Debtor filed its plan of reorganization on November 15, 2026, and will soon file a motion asking the Court to set a confirmation hearing and related deadlines. The plan pays the secured claim of the U.S. Small Business Administration, the Debtor's only secured creditor, over five years, and pays general unsecured creditors from projected disposable income over three years. The Debtor will ask the SBA to accept the plan's treatment of its claim and will confer with the Subchapter V trustee on the plan before the voting deadline. The Debtor has also objected to Claim No. 2 of the City of Philadelphia, which is set for hearing on December 2, 2026.

Other relevant information:

On October 29, 2026, the Court entered interim orders authorizing the Debtor to use cash collateral, pay prepetition wages, maintain its bank accounts, and provide adequate assurance to utilities. The final hearing on those motions is December 2, 2026, at 12:30 p.m. The deadline to file proofs of claim is December 28, 2026, for non-governmental creditors and April 19, 2027, for governmental units. The Debtor's service of its cash management motion was notice of this case, under Fed. R. Bankr. P. 2015(a)(4), to each entity known to hold money or property subject to the Debtor's withdrawal or order.

**Note: Debtor must file a plan not later than 90 days after entry of order for relief, unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).**

**This status report must be served on the trustee and all parties in interest.**

Date: November 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad