| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: UTU Corp.,<br><br>*Debtor*. | Case No.: 26-14387-amc<br><br>Chapter: 11 (Subchapter V) |

## Order Setting Confirmation Hearing and Approving Solicitation Procedures

**AND NOW**, upon consideration of the Debtor's Motion to Set a Confirmation Hearing and Approve Solicitation Procedures (the "Motion"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. Capitalized terms not defined in this Order have the meanings given in the Motion. The Plan is filed at ECF No. 74.

2. The following dates are **APPROVED**:

| Event | Date |
|---|---|
| **Record Date** | Date this Order is entered |
| **Solicitation Date (deadline to mail the Plan, the Confirmation Hearing Notice, and Ballots)** | ______________ |
| **Deadline to file a motion under Fed. R. Bankr. P. 3018(a)** | ______________ |
| **Deadline to respond to a motion under Fed. R. Bankr. P. 3018(a)** | ______________ |
| **Voting Deadline** | ______________, at 4:00 p.m. (ET) |
| **Plan Objection Deadline** | ______________, at 4:00 p.m. (ET) |
| **Deadline for an election under 11 U.S.C. § 1111(b)(2)** | ______________, at 4:00 p.m. (ET) |
| **Voting report deadline** | ______________ |
| **Confirmation brief and reply deadline** | ______________ |
| **Confirmation Hearing** | ______________, at ________ (ET) |

3. The Confirmation Hearing will be held on ______________, at ________, in Courtroom No. 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. It may be continued by announcement in open court or by notice filed on the docket without further notice. Any motion under Fed. R. Bankr. P. 3018(a) will be heard at the Confirmation Hearing.

4. By ______________ (the "Solicitation Date"), the Debtor must mail to each holder of a claim in Class 2 or Class 3:

   a. the Cover Letter;

   b. the Plan, with its exhibits;

   c. the Confirmation Hearing Notice; and

   d. the appropriate Ballot, with a pre-addressed return envelope.

5. The materials for the U.S. Small Business Administration must include both a Class 2 Ballot and a Class 3 Ballot and must be mailed to the notice address in Claim No. 1 and to its counsel of record, if any.

6. By the Solicitation Date, the Debtor must also (a) send the materials listed in paragraph 4, without a Ballot or the Cover Letter, to the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice under Fed. R. Bankr. P. 2002; (b) serve the Confirmation Hearing Notice on all other creditors and parties in interest; and (c) file a certification of service.

7. The Debtor need not mail any material to a person whose earlier notice in this case was returned as undeliverable, unless Debtor's counsel receives a correct address before the Solicitation Date.

8. The Solicitation Procedures attached as Exhibit 1, the Ballots attached as Exhibits 2-1 and 2-2, the Confirmation Hearing Notice attached as Exhibit 3, and the Cover Letter attached as Exhibit 5 are **APPROVED**. Service as provided in this Order is adequate notice of the Plan, the Confirmation Hearing, and the deadlines in this Order.

9. Debtor's counsel must tabulate the Ballots under the Solicitation Procedures and file a report of the voting results by ______________.

10. An objection to confirmation of the Plan must (a) be in writing; (b) state the name and address of the objecting party and the nature and amount of its claim or interest; (c) state with particularity the legal and factual grounds for the objection; (d) be filed with the Court so that it is received by ______________, at 4:00 p.m.; and (e) be served on Debtor's counsel. An objection not timely filed and served may not be considered and may be overruled.

11. Any election by a class of secured creditors to apply 11 U.S.C. § 1111(b)(2) must be made in a signed writing filed with the Court and served on Debtor's counsel by ______________, at 4:00 p.m. Fed. R. Bankr. P. 3014(a)(2).

12. The Debtor and any other party in interest may file a brief in support of confirmation or a reply to an objection by ______________.

13. The Debtor may make non-substantive changes to the Plan, the Solicitation Procedures, the Ballots, and the Confirmation Hearing Notice before mailing without further order.

14. Nothing in this Order waives the right of the Debtor or any party in interest to object to any proof of claim.

15. This Order is effective immediately on entry.

Date: ________________________________

Ashely M. Chan
Chief U.S. Bankruptcy Judge

**Exhibit 1**

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Chief Judge: Ashely M. Chan |

**Solicitation Procedures**

These procedures govern voting on the Debtor's Plan of Reorganization (ECF No. 74) (as it may be modified, the "Plan"). The Court approved them by order entered on [Order Date] (ECF No. [Order ECF No.]) (the "Order"). Capitalized terms not defined here have the meanings given in the Order or the Plan. The instructions in each Ballot supplement these procedures. If the two conflict, the Ballot controls.

## I. Who May Vote

1. **Voting classes.** Holders of claims in Class 2 (Secured Claim of the U.S. Small Business Administration) and Class 3 (General Unsecured Claims) as of the date the Order is entered (the "Record Date") may vote on the Plan. Classes 1 and 4 are not impaired and are deemed to accept the Plan. 11 U.S.C. § 1126(f). Holders of administrative expense claims, priority tax claims, and statutory fees do not vote.

2. **Eligible claims.** A holder may vote a claim only if, on the Record Date, (a) it filed a timely proof of claim that has not been disallowed, withdrawn, or superseded; (b) the claim is listed in the Debtor's schedules and is not scheduled as contingent, unliquidated, or disputed; or (c) the claim is fixed by an order of the Court or by an agreement with the Debtor filed with the Court. An assignee may vote a claim transferred under Fed. R. Bankr. P. 3001(e) on or before the Record Date.

3. **Disputed claims.** A claim subject to an objection filed on or before the Solicitation Date may not vote unless the Court temporarily allows it under Fed. R. Bankr. P. 3018(a), the objection is resolved, or the holder and the Debtor agree on an amount for voting. A claim subject only to an objection to reduce or reclassify it may vote in the reduced amount or in the class stated in the objection. A holder that wants its

claim temporarily allowed must file and serve a motion under Fed. R. Bankr. P. 3018(a) by [3018(a) Motion Deadline]. Responses are due by [3018(a) Response Deadline]. Those motions will be heard at the Confirmation Hearing.

## II. Amount of Each Claim for Voting

4. **Voting amount.** For voting only, the amount of a claim is, in this order: (a) the amount fixed by an order of the Court or by an agreement with the Debtor filed with the Court; (b) the amount stated in a timely proof of claim, excluding interest accrued after the petition date; or (c) the amount listed in the Debtor's schedules. A contingent or wholly unliquidated claim counts as one vote of $1.00. The U.S. Small Business Administration will vote Claim No. 1 in Class 2 in the amount of $25,400.00, the allowed secured amount under the Plan, and in Class 3 in the amount of $396,205.43, the deficiency, unless the Court fixes other amounts. These amounts do not determine the allowance of any claim or any distribution.

5. **Amended and duplicate claims.** If a proof of claim was amended, the latest one filed by the Record Date controls. Duplicate claims in the same class count only once. A claim filed for $0.00 may not vote.

## III. Solicitation

6. **Voting holders.** By the Solicitation Date, the Debtor will mail to each holder entitled to vote the cover letter attached to the Order as Exhibit 5, the Plan, the Confirmation Hearing Notice, and the appropriate Ballot with a pre-addressed return envelope. The U.S. Small Business Administration will receive both a Class 2 Ballot and a Class 3 Ballot, at the notice address in Claim No. 1 and through its counsel of record, if any. The Debtor will fill in the voting amount on each Ballot under paragraph 4.

7. **Other parties.** By the Solicitation Date, the Debtor will send the same materials, without a Ballot, to the U.S. Trustee, the Subchapter V Trustee, and parties requesting notice under Fed. R. Bankr. P. 2002, and will serve the Confirmation Hearing Notice on all other creditors and parties in interest.

8. **Undeliverable mail.** The Debtor will not re-mail to an address where earlier notice in this case was returned as undeliverable unless Debtor's counsel receives a corrected address before the Solicitation Date.

*[This space intentionally left blank.]*

## IV. Voting Deadline and Tabulation

9. **Voting Deadline.** To be counted, a Ballot must be completed, signed, and received by Debtor's counsel by [Voting Deadline], at 4:00 p.m. (Eastern Time) (the "Voting Deadline"), by mail, overnight delivery, hand delivery, or email (signed PDF), at the address below. Ballots sent by facsimile will not be counted. The Debtor may extend the Voting Deadline.

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
mike@assad.law

10. **Ballots not counted.** The following Ballots will not be counted: (a) a Ballot received after the Voting Deadline; (b) an unsigned Ballot; (c) a Ballot that neither accepts nor rejects the Plan, or that both accepts and rejects it; (d) a Ballot that splits the vote on a claim; and (e) a Ballot from a person that did not hold a claim in Class 2 or Class 3 on the Record Date.

11. **Counting.** Separate claims held by one creditor in the same class count as one vote for numerosity under 11 U.S.C. § 1126(c). If more than one valid Ballot is received for the same claim before the Voting Deadline, the last one received counts. A Ballot may not be withdrawn or changed after the Voting Deadline without the Debtor's consent.

12. **Voting report.** Debtor's counsel will file a report of the voting results by the date set in the Order. The report will state any defect in a Ballot that the Debtor waived.

## V. Changes

13. The Debtor may make non-substantive changes to these procedures, the Plan, the Ballots, and the Confirmation Hearing Notice, including corrections of typographical and grammatical errors, without further order.

**Exhibit 2-1**

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Chief Judge: Ashely M. Chan |

**Ballot for Accepting or Rejecting Plan**
**Class 2 (Secured Claim of the U.S. Small Business Administration)**

UTU Corp. (the "Debtor") asks you to vote on its Plan of Reorganization (ECF No. 74) (the "Plan"). You may vote because you held the Class 2 claim (secured claim of the U.S. Small Business Administration) on the date the Court entered its order approving the voting procedures (ECF No. [Order ECF No.]). The Court's approval of those procedures is not approval of the Plan. If the Court confirms the Plan, the Plan will bind you whether or not you vote.

**Your Ballot must be received by Debtor's counsel by 4:00 p.m. (Eastern Time) on [Voting Deadline]. A late Ballot will not be counted.**

**Item 1. Amount of Claim**

For voting purposes only, your Class 2 claim is counted in the amount of **$25,400.00**. This amount does not determine whether your claim is allowed or what you will be paid.

**Item 2. Vote on the Plan**

Check one box. You must vote your entire claim one way.

☐ ACCEPTS (votes FOR) the Plan

☐ REJECTS (votes AGAINST) the Plan

(over, please)

**Item 3. Signature**

By signing, I certify that I hold the claim described in Item 1, or that I am authorized to vote it for the holder, and that I received the Plan and the other solicitation materials.

________________________________________
Name of holder

________________________________________
Signature

________________________________________
Your name and title (if signing for the holder)

________________________________________
Address

________________________________________
Telephone and email

________________________________________
Date:

**Returning Your Ballot**

Return this Ballot in the enclosed envelope, or by mail, overnight delivery, hand delivery, or email (signed PDF), to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
mike@assad.law

**Instructions**

1. A Ballot that is not signed, that does not accept or reject the Plan, or that both accepts and rejects the Plan will not be counted.
2. If you send more than one Ballot for the same claim before the deadline, the last one received counts.
3. If you have questions or need another copy of the Plan, contact Debtor's counsel by (a) calling 609-808-3300, (b) emailing mike@assad.law, or (c) writing to Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002. Debtor's counsel represents the Debtor and cannot give you legal advice.

**Exhibit 2-2**

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: | 11 (Subchapter V) |
| | Chief Judge: | Ashely M. Chan |

**Ballot for Accepting or Rejecting Plan**
**Class 3 (General Unsecured Claims)**

UTU Corp. (the "Debtor") asks you to vote on its Plan of Reorganization (ECF No. 74) (the "Plan"). You may vote because you held a claim in Class 3 (general unsecured claims) on the date the Court entered its order approving the voting procedures (ECF No. [Order ECF No.]). The Court's approval of those procedures is not approval of the Plan. If the Court confirms the Plan, the Plan will bind you whether or not you vote.

**Your Ballot must be received by Debtor's counsel by 4:00 p.m. (Eastern Time) on [Voting Deadline]. A late Ballot will not be counted.**

**Item 1. Amount of Claim**

For voting purposes only, your Class 3 claim is counted in the amount of **$[Class 3 Amount]**. This amount does not determine whether your claim is allowed or what you will be paid.

**Item 2. Vote on the Plan**

Check one box. You must vote your entire claim one way.

☐ ACCEPTS (votes FOR) the Plan

☐ REJECTS (votes AGAINST) the Plan

(over, please)

**Item 3. Signature**

By signing, I certify that I hold the claim described in Item 1, or that I am authorized to vote it for the holder, and that I received the Plan and the other solicitation materials.

________________________________________
Name of holder

________________________________________
Signature

________________________________________
Your name and title (if signing for the holder)

________________________________________
Address

________________________________________
Telephone and email

________________________________________
Date:

**Returning Your Ballot**

Return this Ballot in the enclosed envelope, or by mail, overnight delivery, hand delivery, or email (signed PDF), to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
mike@assad.law

**Instructions**

1. A Ballot that is not signed, that does not accept or reject the Plan, or that both accepts and rejects the Plan will not be counted.
2. If you send more than one Ballot for the same claim before the deadline, the last one received counts.
3. If you have questions or need another copy of the Plan, contact Debtor's counsel by (a) calling 609-808-3300, (b) emailing mike@assad.law, or (c) writing to Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002. Debtor's counsel represents the Debtor and cannot give you legal advice.

**Exhibit 3**

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br><br>Chief Judge: Ashely M. Chan |

**Notice of Hearing to Consider Confirmation of Debtor's Plan of Reorganization**

**PLEASE TAKE NOTICE** that on November 15, 2026, Debtor UTU Corp. filed the Debtor's Plan of Reorganization (ECF No. 74) (as it may be modified, the "Plan"). The Debtor is the proponent of the Plan and supports its confirmation. You should review the Plan carefully, including its discharge provisions.

You may obtain copies of the Plan and the Order for a fee through PACER at www.paeb.uscourts.gov, or free of charge, by email or mail, from Debtor's counsel by (a) calling 609-808-3300, (b) emailing mike@assad.law, or (c) writing to Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. **Solicitation Procedures.** On [Order Date], the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court") entered an order (ECF No. [Order ECF No.]) (the "Order") approving procedures for soliciting votes on the Plan (the "Solicitation Procedures"). Capitalized terms not defined here have the meanings given in the Plan or the Solicitation Procedures.

2. **Confirmation Hearing.** The Court will hold a hearing to consider confirmation of the Plan on [Hearing Date], at [Hearing Time] (Eastern Time) (the "Confirmation Hearing"), before the Honorable Ashely M. Chan, Chief United States Bankruptcy Judge, in Courtroom No. 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. The Confirmation Hearing may be continued by announcement in court or by notice filed on the docket without further notice. The Plan may be modified before, during, or as a result of the Confirmation Hearing without further notice,

unless the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or other applicable law requires notice.

3. **Who May Vote.** Holders of claims in Class 2 (Secured Claim of the U.S. Small Business Administration) and Class 3 (General Unsecured Claims) as of the date the Order was entered (the "Record Date") may vote on the Plan, as provided in the Solicitation Procedures.

4. **Voting Deadline.** All votes must be actually received by Debtor's counsel by [Voting Deadline], at 4:00 p.m. (Eastern Time) (the "Voting Deadline"). If you may vote, a Ballot and instructions are enclosed. Return your Ballot as the instructions direct. A Ballot that is not received by the Voting Deadline, or that does not follow the instructions, may not be counted. If you may vote and did not receive a Ballot, contact Debtor's counsel.

5. **Parties Not Entitled to Vote.** Holders of claims and interests in Classes 1 and 4, which are not impaired, and holders of administrative expense claims, priority tax claims, and statutory fees, which the Plan does not classify, are not entitled to vote and will not receive a Ballot. They may object to confirmation as provided below.

6. **Disputed Claims.** A holder of a claim that is subject to an objection may vote only if the Court temporarily allows the claim under Fed. R. Bankr. P. 3018(a), the objection is resolved, or the holder and the Debtor agree on an amount for voting. A motion under Fed. R. Bankr. P. 3018(a) must be filed and served on Debtor's counsel by [3018(a) Motion Deadline]. Responses are due by [3018(a) Response Deadline]. Those motions will be heard at the Confirmation Hearing.

7. **Objections to Confirmation.** Any objection to confirmation of the Plan must be filed by [Objection Deadline], at 4:00 p.m. (Eastern Time) (the "Plan Objection Deadline"). An objection must (a) be in writing; (b) state the name and address of the objecting party and the nature and amount of its claim or interest; (c) state with particularity the legal and factual grounds for the objection, with any evidentiary support; and (d) be filed electronically if L.B.R. 5005-1 requires it, or otherwise with the Clerk, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. The objection must also be served on Debtor's counsel, through CM/ECF or otherwise, by the Plan Objection Deadline.

**OBJECTIONS NOT TIMELY FILED AND SERVED AS PROVIDED IN THIS NOTICE MAY NOT BE CONSIDERED BY THE COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

*[This space intentionally left blank.]*

8. **Confirmation Schedule.** The Court has approved the following dates:

| Event | Date |
|---|---|
| **Record Date** | Date the Order is entered |
| **Solicitation Date (deadline to mail the Plan, the Confirmation Hearing Notice, and Ballots)** | [Solicitation Date] |
| **Deadline to file a motion under Fed. R. Bankr. P. 3018(a)** | [3018(a) Motion Deadline] |
| **Deadline to respond to a motion under Fed. R. Bankr. P. 3018(a)** | [3018(a) Response Deadline] |
| **Voting Deadline** | [Voting Deadline], at 4:00 p.m. (ET) |
| **Plan Objection Deadline** | [Objection Deadline], at 4:00 p.m. (ET) |
| **Deadline for an election under 11 U.S.C. § 1111(b)(2)** | [Election Deadline], at 4:00 p.m. (ET) |
| **Voting report deadline** | [Voting Report Deadline] |
| **Confirmation brief and reply deadline** | [Reply Deadline] |
| **Confirmation Hearing** | [Hearing Date], at [Hearing Time] (ET) |

9. **Discharge.** The Plan's discharge provisions will take effect if the Plan is confirmed. They provide:

***Article 9(a) — Discharge on Consensual Confirmation.*** If the Plan is confirmed under 11 U.S.C. § 1191(a):

(1) *Discharge.* On confirmation of the Plan, the Debtor will be discharged from any debt that arose before confirmation, to the extent specified in 11 U.S.C. § 1141(d)(1)(A).

(2) *Exceptions.* Despite paragraph (1), the Debtor will not be discharged of any debt:

(A) imposed by the Plan; or

(B) to the extent provided in 11 U.S.C. § 1141(d)(6).

***Article 9(b) — Discharge on Nonconsensual Confirmation.*** If the Plan is confirmed under 11 U.S.C. § 1191(b):

(1) *Timing.* Confirmation does not discharge any debt provided for in the Plan until the Court grants a discharge, as provided in 11 U.S.C. § 1192, on completion of all payments due within:

(A) the first three years of the Plan; or

(B) any longer period not exceeding five years that the Court fixes.

(2) *Exceptions.* The Debtor will not be discharged from any debt:

(A) on which the last payment is due after the period that applies under paragraph (1); or

(B) excepted from discharge under 11 U.S.C. § 523(a), except as provided in Fed. R. Bankr. P. 4007(c).

The Plan does not contain any release, exculpation, or injunction other than the discharge and the injunction that arises under 11 U.S.C. § 524(a).

**THIS NOTICE IS SENT TO YOU FOR INFORMATIONAL PURPOSES. IF YOU HAVE QUESTIONS ABOUT YOUR RIGHTS UNDER THE PLAN OR THIS NOTICE, CONTACT DEBTOR'S COUNSEL AS PROVIDED ABOVE. DEBTOR'S COUNSEL CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ADVICE, CONSULT YOUR OWN ATTORNEY.**

Date: [Notice Date]

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By:______________________________
Michael I. Assad

**Law Office of Mike Assad, P.C.**
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002-2752
609-808-3300

**Mike Assad**
Attorney at Law

mike@assad.law
www.mikeassad.law

[Letter Date]

[Name of creditor]
[Street address]
[City, state, and ZIP code]

Re: In re UTU Corp., Case No. 26-14387-amc (Bankr. E.D. Pa.)
Vote on Plan of Reorganization — Ballot Due [Voting Deadline]

Dear Creditor:

I represent UTU Corp., which operates The Gold Standard Cafe in Philadelphia, in its chapter 11 bankruptcy case. On November 15, 2026, the company filed a plan of reorganization (ECF No. 74), and on [Order Date] the Court approved procedures for voting on it (ECF No. [Order ECF No.]). You are receiving this letter because you hold a claim that is entitled to vote.

Enclosed are the plan, the notice of the confirmation hearing, and your ballot, with a return envelope. If you hold claims in more than one voting class, you will find a ballot for each. Please read the plan carefully, including the discharge provisions in Article 9. The company believes the plan gives creditors more than they would receive in a chapter 7 liquidation.

**The company asks you to vote to accept the plan. To be counted, your signed ballot must reach my office by 4:00 p.m. (Eastern Time) on [Voting Deadline].**

The Court will hold the confirmation hearing on [Hearing Date], at [Hearing Time]. The enclosed notice explains how to object. Copies of the Court's order approving the voting procedures are available free of charge from my office.

If you have any questions, please contact me. I represent the company and cannot give you legal advice. If you need advice about your rights, please consult your own attorney.

Sincerely,

**LAW OFFICE OF MIKE ASSAD, P.C.**

Mike Assad
Attorney at Law