| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-14387-amc<br>11 (Subchapter V) |
| In re: UTU Corp.,<br><br>*Debtor.* | Hearing Date:<br>Chief Judge: | December 16, 2026<br>Ashely M. Chan |

**Notice of Motion, Response Deadline, and Hearing Date**

The above Debtor filed a **Motion to Set a Confirmation Hearing and Approve Solicitation Procedures** (the "Motion"). The Motion asks the Court to set a hearing to consider confirmation of the Debtor's Plan of Reorganization; set deadlines to vote on the Plan, to object to confirmation, and to make an election under 11 U.S.C. § 1111(b)(2); and approve the procedures for soliciting and counting votes, the forms of ballots, and the notice of the confirmation hearing.

**1.** **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **Monday, November 30, 2026, you or your attorney must file a response to the Motion**. *(see instructions below)*

3. A hearing on the Motion is scheduled to be held on **Wednesday, December 16, 2026, at 11:00 a.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

   ☒ In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the first page of this notice.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 above.

4. On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the response to the movant's attorney.

Date: November 15, 2026