**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

## Certificate of Service

I, Michael I. Assad, certify that on November 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion to Set a Confirmation Hearing and Approve Solicitation Procedures
- Notice of Motion, Response Deadline, and Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 15, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Robert N.C. Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF |
| Holly Smith Miller<br>Subchapter V Trustee<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801 | Trustee | ☒ CM/ECF |
| Megan N. Harper<br>City of Philadelphia Law Department<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102 | Creditor | ☒ CM/ECF |
| U.S. Small Business Administration<br>660 American Avenue Suite 301<br>King of Prussia, PA 19406 | Creditor | ☒ First Class Mail |
| U.S. Department of Justice<br>Attorney General of the United States<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Interested Party | ☒ First Class Mail |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>615 Chestnut St # 1250<br>Philadelphia, PA 19106-4404 | Interested Party | ☒ First Class Mail |