| | |
|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of Pennsylvania** | |
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Chief Judge: Ashely M. Chan |

**Notice of Change of Creditor Address**

Debtor UTU Corp. gives notice that mail sent to Owner.com, Inc. at its address on the Debtor's creditor matrix was returned as undeliverable. All notices and other mail for this creditor should now be sent to the corrected address below.

**Former address:**

Owner.com Inc
530 Lytton Avenue 2nd Floor
Palo Alto CA 94301

**Corrected address:**

Owner.com Inc
433 N Camden Drive 6th Floor
Beverly Hills CA 90210

Date: November 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad