| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-14387-amc |
| In re: UTU Corp.,<br><br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Chief Judge: Ashely M. Chan |

**Notice of Change of Creditor Address**

Debtor UTU Corp. gives notice that mail sent to Camden Bag and Paper Company LLC at its address on the Debtor's creditor matrix was returned as undeliverable. All notices and other mail for this creditor should now be sent to the corrected address below.

**Former address:**

Camden Bag and Paper Company LLC
200 Connecticut Drive
Burlington NJ 08016

**Corrected address:**

BradyIFS New Jersey LLC
dba Camden Bag and Paper Co
200 Connecticut Dr
Burlington NJ 08016

Date: November 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad