**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

Case No.: 26-14387-amc

Chapter: 11 (Subchapter V)

Chief Judge: Ashely M. Chan

**Notice of Change of Creditor Address**

Debtor UTU Corp. gives notice that mail sent to Grubhub Inc. at its address on the Debtor's creditor matrix was returned as undeliverable. All notices and other mail for this creditor should now be sent to the corrected address below.

**Former address:**

Grubhub Inc
111 W Washington Street
Chicago IL 60602

**Corrected address:**

Grubhub Inc
222 Merchandise Mart Plz Ste 800
Chicago IL 60654

Date: November 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad