**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

## Certificate of Service

I, Michael I. Assad, certify that on November 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Order Setting Deadline to File Proofs of Claim (ECF No. 26)
- Notice of Chapter 11 Bankruptcy Case (Official Form 309F2) (ECF No. 35)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 16, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Grubhub Inc.<br>222 Merchandise Mart Plaza, Suite 800<br>Chicago, IL 60654 | Creditor | ☒ First Class Mail |
| Owner.com, Inc.<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, CA 90210 | Creditor | ☒ First Class Mail |
| BradyIFS New Jersey, LLC<br>d/b/a Camden Bag & Paper Co.<br>200 Connecticut Drive<br>Burlington, NJ 08016 | Creditor | ☒ First Class Mail |