**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

**Praecipe to Withdraw Debtor’s Motion for Order Establishing Terms of Interim Compensation to the Subchapter V Trustee**

To the Clerk of Court:

Please withdraw the Debtor’s Motion for Order Establishing Terms of Interim Compensation to the Subchapter V Trustee filed at ECF No. 31 and mark the hearing on that motion scheduled for December 2, 2026, as withdrawn.

Date: November 19, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad