**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-14387-amc |
| Chapter: | 11 (Subchapter V) |
| Chief Judge: | Ashely M. Chan |

**Praecipe to Withdraw Debtor's Objection to Claim No. 2 of the City of Philadelphia**

To the Clerk of Court:

Please withdraw the Debtor's Objection to Claim No. 2 of the City of Philadelphia, filed at ECF No. 41 and mark the hearing on that objection scheduled for December 2, 2026, at 12:30 p.m., as withdrawn. Thank you.

Date: November 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad