**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| UTU CORP., | |
| *D/B/A THE GOLD STANDARD CAFE* | |
| | Case No. 26-14387 (AMC) |
| Debtor. | |

**PRAECIPE TO WITHDRAW CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 2, filed by the City of Philadelphia on October 28, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 23, 2026 By: *\/s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov