**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: UTU Corp.,

*Debtor.*

Case No.: 26-14387-amc
Chapter: 11 (Subchapter V)
Chief Judge: Ashely M. Chan

**Certification of No Response to Debtor's Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms**

I, Michael I. Assad, attorney for Debtor UTU Corp., certify as follows:

1. On October 20, 2026, the Debtor filed its Motion for Authority to Continue Using Its Existing Bank Accounts and Business Forms at ECF No. 14 (the "Motion").

2. The Motion was served as stated in the certificates of service filed at ECF Nos. 23 and 34.

3. On October 29, 2026, the Court entered an interim order granting the Motion at ECF No. 48, which set November 25, 2026, as the deadline to object and scheduled a final hearing for December 2, 2026, at 12:30 p.m.

4. The objection deadline has passed. I have reviewed the docket, and no objection or other response to the Motion has been filed or served on me.

5. The Debtor therefore requests under L.B.R. 9014-3(k) that the Court enter a final order granting the Motion without further notice or hearing.

Date: November 26, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad