<table>
<tr><td>United States Bankruptcy Court<br>Eastern District of Pennsylvania</td><td></td><td></td></tr>
<tr><td>By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>Attorney for Debtor</td><td>Case No.:</td><td>26-14387-amc</td></tr>
<tr><td>In re: UTU Corp.,<br><br>Debtor.</td><td>Chapter:<br>Chief Judge:</td><td>11 (Subchapter V)<br>Ashely M. Chan</td></tr>
</table>

**Certification of No Response to Debtor's Amended Motion for Interim and Final Orders Authorizing Use of Cash Collateral**

I, Michael I. Assad, attorney for Debtor UTU Corp., certify as follows:

1. On October 22, 2026, the Debtor filed its Amended Motion for Interim and Final Orders Authorizing Use of Cash Collateral at ECF No. 29 (the "Motion"), which amended its motion filed on October 20, 2026, at ECF No. 13.

2. The Motion was served as stated in the certificates of service filed at ECF Nos. 29-3 and 34.

3. On October 29, 2026, the Court entered an interim order granting the Motion at ECF No. 51, which set November 25, 2026, as the deadline to object and scheduled a final hearing for December 2, 2026, at 12:30 p.m.

4. The objection deadline has passed. I have reviewed the docket, and no objection or other response to the Motion has been filed or served on me.

5. On November 20, 2026, Anthony K. Arroyo, District Counsel for the U.S. Small Business Administration, the only creditor asserting an interest in the Debtor's cash collateral, informed me in writing that the U.S. Small Business Administration does not object to the Motion.

6. The Debtor therefore requests under L.B.R. 9014-3(k) that the Court enter a final order granting the Motion without further notice or hearing.

Date: November 26, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad